**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JO LYNN WILSON | : | CIVIL ACTION NO. |
| | : | 3:15-CV-00207-MPS |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| DEFENDANT | : | FEBRUARY 19, 2015 |
| | : | |

**DEFENDANT YALE UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**

  The Defendant Yale University hereby discloses pursuant to Fed. R. Civ. P. 7.1 that it is not a stock corporation and no publicly held company owns any shares of the defendant.

            DEFENDANT
            YALE UNIVERSITY

                /s/
      By:_____
         PATRICK M. NOONAN – CT00189
         DONAHUE, DURHAM & NOONAN, P.C.
         Concept Park
         741 Boston Post Road, Suite 306
         Guilford, CT  06437
         Telephone:  (203) 458-9168
         Fax:  (203) 458-4424
         Email:  pnoonan@ddnctlaw.com

**CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                          /s/
                                                                                       Patrick M. Noonan