UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-MPS |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
|     Defendant | : | MARCH 11, 2015 |

### IDENTIFICATION OF INITIAL DISCOVERY PROTOCOL
### FOR EMPLOYMENT CASES

The parties agree that the initial discovery protocol does not apply to this case.

                                                               THE DEFENDANT
                                                               YALE UNIVERSITY

                                                   BY:   /s/ Colleen Noonan Davis (#ct27773)
                                                               Colleen Noonan Davis
                                                               Donahue, Durham & Noonan, P.C.
                                                               741 Boston Post Road
                                                               Guilford, CT 06437
                                                               (203) 458-9168

## **CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing Identification of Initial Discovery Protocol was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Colleen Noonan Davis