UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-MPS |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | May 4, 2015 |
| Defendant | : | |

## MOTION FOR EXTENSION OF TIME

Defendant hereby moves, pursuant to Local Civil Rule 7(b) for a 30-day extension of time, up to and including June 3, 2015 to file a response to plaintiff's Amended Complaint. This extension is necessary because defense counsel needs additional time to research the facts and law necessary to frame a proper response to the Amended Complaint. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the second such request for an extension of time.

                                                          THE DEFENDANT
                                                          YALE UNIVERSITY

                                          BY:___/s/ Colleen Noonan Davis (#ct27773)
                                                   Colleen Noonan Davis
                                                   Donahue, Durham & Noonan, P.C.
                                                   741 Boston Post Road
                                                   Guilford, CT 06437
                                                   (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                                                                       _____/s/_____
                                                                                                                       Colleen Noonan Davis