UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-MPS |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | MAY 4, 2015 |

**DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendant has moved to dismiss the plaintiff's claim for disability discrimination under the Americans with Disabilities Act ("ADA") on the ground that the plaintiff failed to exhaust her administrative remedies because she did not file a disability discrimination claim under the ADA with the Connecticut Commission on Human Rights and Opportunities and did not receive a right to sue letter indicating that she could file an ADA claim in federal court. The defendant also moves to dismiss the plaintiff's claim for punitive damages because such damages are not available under Section 504 of the Rehabilitation Act. In the alternative, the defendant moves for summary judgment pursuant to Rule 12(d) of the Federal Rules of Civil Procedure on the same bases. The accompanying memorandum of law supports this motion.

                                      THE DEFENDANT
                                      YALE UNIVERSITY

BY:   /s/ Colleen Noonan Davis (#ct27773)
       Colleen Noonan Davis
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

**CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                     _____/s/_____
                        Colleen Noonan Davis