UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JO LYNN WILSON | : |
| Plaintiff | : CIVIL ACTION NO.: |
| | : 3:15-CV-00207-MPS |
| vs. | : |
| YALE UNIVERSITY | : |
| Defendant | : MAY 4, 2015 |

### AFFIDAVIT OF COLLEEN DAVIS

I, Colleen Davis, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I make this affidavit of my own personal knowledge and in support of the defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

3. Attached hereto as Exhibit A is a true and accurate copy of the plaintiff's Affidavit of Illegal Discriminatory Practice filed with the Connecticut Commission on Human Rights and Opportunities on October 16, 2012.

4. Attached hereto as Exhibit B is a true and accurate copy of the Notice of Right to Sue Letter issued by the Equal Employment Opportunity Commission to the plaintiff on November 17, 2014.

Dated at Guilford, Connecticut this 4th day of May, 2014.

                                                            **Colleen Davis**

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) ss. Guilford |
| COUNTY OF NEW HAVEN | ) |

Subscribed and sworn to before me this 4th day of May, 2015.

                                                            Notary Public

                                                            MAURA G. BLACK
                                                             NOTARY PUBLIC
                                        MY COMMISSION EXPIRES DEC 31, 2018

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Colleen Noonan Davis

# **EXHIBIT A**



FORM 103(1)

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
West Central Regional Office
55 West Main Street, Suite 210, Waterbury, CT 06702

AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

CASE No. 1330143                                DATE: 10-15-12

EEOC No. _____

My name is **Jo Lynn Wilson**

My mailing address is **1311 Ella Grasso Blvd, New Haven CT 06511**

My email address is **jo.wilson45@yahoo.com**

The respondent is **Yale University, Office of Human Resources**

Whose business address is **221 Whitney Avenue, NH CT 06521** was:

- [x] discriminated against in terms and conditions of employment on or about **3-1-12**
- [x] terminated on or about **4-19-12**
- [ ] not hired/not promoted on or about _____
- [ ] suspended on or about _____
- [ ] not rented a dwelling on or about _____
- [ ] placed on probation on or about _____
- [ ] harassed  [ ] sexually harassed on or about _____
- [ ] demoted on or about _____
- [x] earning a different rate of pay on or about **12-12**
- [ ] warned on or about _____
- [ ] constructively discharged on or about _____
- [ ] given a poor evaluation on or about _____
- [x] retaliated against on or about **4-19-12**
- [ ] denied a raise on or about _____
- [ ] not hired due to a BFOQ on or about _____
- [ ] less trained on or about _____
- [ ] not hired due to a disability on or about _____
- [ ] denied an office on or about _____
- [ ] delegated difficult assignments on or about _____
- [ ] denied service(s) on or about _____
- [ ] other _____

I believe that my:
- [x] race, **African American or**
- [ ] national origin
- [ ] ancestry
- [x] color, **Black or**
- [x] age **45**   DOB: **10-28-66**
- [ ] alienage
- [ ] religion
- [ ] creed
- [ ] marital status
- [ ] familial status
- [ ] sex  [ ] male  [ ] female
- [ ] sexual orientation
- [x] physical disability  [ ] pregnancy
- [ ] mental disability/disorder
- [ ] learning disability  [ ] prior criminal record
- [ ] lawful source of income
- [x] previously opposed discriminatory conduct
- [x] **Heart Condition or**

FORM 103(1)

Was in part a factor in this action. I believe that the respondent violated the following Connecticut General Statutes and acts listed below; ( ) enforced through Section 46a-58(a) (if applicable):

(✓) CONN. GEN. STAT. § 46a-60(a)(1)
(✓) CONN. GEN. STAT. § 46a-60(a)(4)
( ) CONN. GEN. STAT. § 46a-60(a)(5)
(✓) CONN. GEN. STAT. § 46a-60(a)(7)( )( )( )
(✓) CONN. GEN. STAT. § 46a-60(a)(8)( )( )( )
( ) CONN. GEN. STAT. § 46a-64( )( )
( ) CONN. GEN. STAT. § 46a-64a( )( )( )
(✓) CONN. GEN. STAT. § 46a-70
( ) CONN. GEN. STAT. § 46a-71
( ) CONN. GEN. STAT. § 46a-80 ( )
( ) CONN. GEN. STAT. § 46a-81( )( )( )
( ) other_____

( ) Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000e-2
{cite for 15 individuals employed}
( ) Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634
{cite for over 20 individuals employed}
( ) Americans With Disabilities Act, 42 U.S.C. § 12101 et seq.
( ) Equal Pay Act of 1964, U.S.C. § 206
( ) Section 504 of the Rehabilitation Act of 1973

I provide the following particulars: (PLEASE TYPE OR PRINT THE INFORMATION)

Was injured at work 3/19/2012. Terminated on April 19, 2012. Call union to ask for Assistance to know avail. Denied worker Compensation. Case is still pending since 3/12.

Was hired with pre existing medical Conditions. in 2010 as a Casual employee. Hired permanent part time in Dec. 2011. I feel this is a retaliation also for questioning wanting to extend my probation and other issues relating to my employment.

(law mail out affidavit revised 10/2011)

FORM 103(1)

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

__Jo Lynn Wilson__ being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated in __Waterbury__ on this __10/16/12__.

_____
(Complainant's Signature)

Subscribed and sworn to before me on __10-16-12__.
(Date)

_____
(Notary Public/Commissioner of the Superior Court)

My commission expires: _____

DEBRA LICURSI
Notary Public
My Commission Expires January 31, 2015

(law mail out affidavit revised 10/2011)

# **EXHIBIT B**

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Jo Lynn Wilson<br>1311 Ella Grasso Blvd.<br>New Haven, CT 06511 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2013-00325 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Kenneth An*

Feng K. An,
Area Office Director

NOV 17 2014
(Date Mailed)

Enclosures(s)

cc:

YALE UNIVERSITY
221 Whitney Avenue
New Haven, CT 06520

John R. Williams
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510