UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| VS. | : | NO. 3:15cv207(MPS) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 23, 2015 |

## STATUS REPORT

**a.   STATUS OF THE CASE, STATUS OF DISCOVERY, PENDING MOTIONS AND OTHER POTENTIAL IMPEDIMENTS TO COMPLIANCE WITH THE SCHEDULING ORDER**

The defendant's motion to dismiss is pending before the court.  No discovery has been conducted by either side to date

**b.   INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES**

Plaintiff is interested.

**c.   TRIAL BEFORE MAGISTRATE JUDGE**

Plaintiff consents.

**d.   ESTIMATED LENGTH OF TRIAL**

Two to three days.

        THE PLAINTIFF

BY:    /s/   (ct00215)
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203-562-9931
       Fax: 203-776-9494
       jrw@johnrwilliams.com
       Her Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/
JOHN R. WILLIAMS