UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-MPS |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | SEPTEMBER 29, 2015 |

## JOINT STATUS REPORT

a. **STATUS OF THE CASE, STATUS OF DISCOVERY, PENDING MOTIONS AND OTHER POTENTIAL IMPEDIMENTS TO COMPLIANCE WITH THE SCHEDULING ORDER**

The defendant's motion to dismiss is pending before the court. No discovery has been conducted by either side to date

b. **INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES**

Defendant does not believe that a Settlement Conference is likely to be productive prior to discovery.

c. **TRIAL BEFORE MAGISTRATE JUDGE**

The parties will consent to trial by a Magistrate Judge.

d. **ESTIMATED LENGTH OF TRIAL**

Two to three days for evidence, with an additional day for argument and charge.

THE PLAINTIFF
JO LYNN WILSON

BY: /s/ *John R. Williams (ct00215)*
51 Elm Street
New Haven, CT 06510
(203) 562-9931


THE DEFENDANT
YALE UNIVERSITY

BY:  /s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168