UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JO LYNN WILSON | : CIVIL ACTION NO. |
| | : 3:15-CV-00207(MPS) |
| VS. | : |
| | : |
| YALE UNIVERSITY | : OCTOBER 2,  2015 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), the plaintiff, JO LYNN WILSON, respectfully requests an extension of time of thirty (30) days, up to and including November 29, 2015 to answer and/or object to the Defendant's Interrogatories and Requests for Production, dated October 2, 2015.

In support of this motion, the plaintiff represent as follows:

1.      They were served with Defendants' Interrogatories and Request for Production on or about October 6, 2015.

2.      Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

1

3.      Defendant's attorney, Patrick M. Noonan was contacted by this office and represents that he has no objection to the granting of this request.

4.      This is the plaintiff's first request for an extension of time to respond to defendant's Interrogatories and Request for Production.

5.      No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

THE PLAINTIFF

BY   /s/ John R. Williams
          John R. Williams
          John R. Williams and Associates, LLC
          51 Elm Street, Suite 409
          New Haven, CT 06510
          Phone: 203.562.9931
          Fax: 203.776.9494
          Federal Bar No. ct00215
          Her Attorney

2

## **CERTIFICATION**

I hereby certify that on October 19, 2015 a copy of foregoing  was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ John R. Williams
John R. Williams
John R. Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Phone: 203.562.9931
Fax: 203.776.9494
Jrw@johnrwilliams.com

3