UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-DFM |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | MARCH 30, 2016 |

**MOTION TO FILE AMENDED ANSWER**

The defendant hereby moves to file the attached Amended Answer to the plaintiff's March 4, 2015 Amended Complaint in order to amend the answer to Paragraph 10 as a result of information learned during the plaintiff's deposition on March 21, 2016.

        THE DEFENDANT
        YALE UNIVERSITY

        BY:   /s/ Colleen Noonan Davis (#ct27773)
            Patrick M. Noonan
            Colleen Noonan Davis
            Donahue, Durham & Noonan, P.C.
            741 Boston Post Road
            Guilford, CT 06437
            (203) 458-9168

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  _____/s/_____
                                                        Colleen Noonan Davis