UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-DFM |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | MARCH 30, 2016 |

### AMENDED ANSWER

The defendant hereby answers the plaintiff's Amended Complaint dated March 4, 2015.

1. The defendant denies that it discriminated against the plaintiff based on her disability and refused to provide her a reasonable accommodation. The remaining allegations contained in Paragraph 1 describe the plaintiff's claims and no response is required.

2. The allegations contained in Paragraph 2 are jurisdictional and no response is required.

3. The defendant admits that the plaintiff was an adult citizen of the United States residing in New Haven, Connecticut and that she was able to perform the essential functions of her job. The defendant denies that it was aware of the plaintiff's alleged disability. The defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 and leaves the plaintiff to her proof.

4. Paragraph 4 is admitted.

5. The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and therefore leaves the plaintiff to her proof.

6. Paragraph 6 is admitted.

7. The allegations contained in Paragraph 7 are denied, except that defendant admits that the plaintiff performed her duties in a satisfactory manner when she was present at work.

8. Paragraph 8 is denied.

9. The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and therefore leaves the plaintiff to her proof.

10. The defendant admits that it received a note written on a prescription pad from Family and Internal Medicine of Dixwell Avenue dated March 29, 2012. The defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

11. Paragraph 11 is admitted, except that it is denied that the plaintiff provided the password as requested.

12. The defendant admits that it terminated the plaintiff's employment on April 11, 2012. The defendant denies the remaining allegations contained in Paragraph 12.

13. Paragraph 13 is admitted.

14-15. Paragraphs 14 and 15 are denied.

## **SPECIAL DEFENSE**

The plaintiff's disability discrimination claim brought under the Americans with Disabilities Act is barred by the statute of limitations because the plaintiff failed to exhaust her administrative remedies by failing to allege that she was discriminated against on the basis of a disability when she pursued her discrimination complaint with the Commission of Human Rights and Opportunities.

 

THE DEFENDANT
YALE UNIVERSITY

BY:   /s/ Colleen Noonan Davis (#ct27773)
Patrick M. Noonan
Colleen Noonan Davis
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Colleen Noonan Davis