```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JO LYNN WILSON,                    :
                                   :
     Plaintiff,                    :
                                   :
     v.                            :    CASE NO. 3:15CV207(DFM)
                                   :
YALE UNIVERSITY,                   :
                                   :
     Defendant.                    :
                                   :
```

PRETRIAL ORDER

The undersigned held a settlement conference on April 8, 2016. The case did not settle. It is hereby ORDERED that:

(1) The parties have consented to a jury trial before the undersigned. Counsel estimate that the trial will require two to three days of evidence. The final pretrial conference and trial dates will be set at a later time.

(2) By **June 7, 2016,** the parties shall file either a dispositive motion or a Joint Trial Memorandum. Dispositive motions must comply with the Federal Rules of Civil Procedure and the District of Connecticut Local Rules of Civil Procedure.

(3) If the parties file a joint trial memorandum, counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case. The Joint Trial Memorandum shall be in the form required by the District of Connecticut's Standing Order Regarding Trial

Memoranda in Civil Cases (the "Standing Order").  In addition to the material required by the Standing Order, the Joint Trial Memorandum shall include:

    a.   <u>Witnesses</u>: See Paragraph 10 of the Standing Order. For any expert witness, each party shall set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends to rely. If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection and its grounds shall be set forth in the Joint Trial Memorandum so that the objection can be addressed prior to trial.

    b.   <u>Exhibits</u>: See Paragraph 11 of the Standing Order. Each party shall list in the Joint Trial Memorandum the exhibits it intends to offer at trial.  The plaintiff's exhibits and the defendant's exhibits shall be listed separately.  A brief description of the exhibit shall be included.  The list shall indicate whether the parties agree that the exhibit may be admitted as evidence.  If there is an objection to an exhibit, the proponent of the exhibit must set forth the basis for admissibility of the exhibit and the opponent must set forth the basis of the objection.  Except for rebuttal and impeachment, exhibits not listed will not be admissible at trial without good cause shown.

The parties shall exchange exhibits at least 10 days prior to the final pretrial conference, which will be scheduled in due course.  At least 5 days prior to the final pretrial conference, each party shall submit to the court an exhibit list.  The exhibit list shall denote the exhibit number, a brief description of the exhibit and shall indicate whether the parties agree that a particular exhibit should be admitted as evidence without objection.  Two courtesy copies of the exhibit list shall be provided to the court and one copy shall be delivered to the courtroom deputy clerk.  Prior to the final pretrial conference, each party shall mark its exhibits with exhibit stickers (which are available upon request from the courtroom deputy clerk).  All exhibits shall be marked numerically and say "Plaintiff" or "Defendant."  If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1).  If the same exhibit is offered by more than one party, the parties shall mark only one exhibit by placing their respective exhibit stickers on the one exhibit (e.g., two exhibit stickers on one document: Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5).  Each party shall prepare <u>two</u> courtesy copies of its documentary exhibits for the court's use during the trial.  The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number.

Counsel shall retain the original set of exhibits until the beginning of trial. Counsel shall bring a set of the exhibits to the final pretrial conference.

    c.   <u>Proposed Findings and Conclusions</u>: The parties shall file Proposed Findings of Fact and Conclusions of Law. The proposed conclusions of law shall include citations to relevant legal authorities.

    d.   <u>Anticipated Evidentiary Problems</u>: See Paragraph 14 of the Standing Order.

(4) All requests for courtroom technology must be received by the Clerk's Office at least two weeks prior to the trial. The form for such requests may be found on the court's website.

(5) The dates set forth in this order may not be changed except by further order of the court pursuant to a written motion demonstrating good cause filed not later than five days before the date in question.

(6) A courtesy copy of the Joint Trial Memorandum shall be submitted to chambers on the day that it is filed.

    SO ORDERED this 8th day of April, 2016 at Hartford, Connecticut.

                            _____/s/_____
                            Donna F. Martinez
                            United States Magistrate Judge