UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-DFM |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | JUNE 2, 2016 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant hereby moves for summary judgment on the ground that the plaintiff cannot establish a prima facie case of disability discrimination under the Americans with Disabilities Act or the Rehabilitation Act because she was not terminated due to her disability. The plaintiff also cannot demonstrate a prima facie case for failure to accommodate under the Acts because she never requested an accommodation. In addition, the defendant has offered a legitimate, nondiscriminatory reason for the plaintiff's termination and there is no evidence suggesting that the reason is pretextual. The accompanying memorandum of law supports this motion.

                                                  THE DEFENDANT
                                                  YALE UNIVERSITY

                                 BY:  /s/ Colleen Noonan Davis (#ct00189)
                                          Patrick M. Noonan
                                          Colleen Noonan Davis (#ct27773)
                                          Donahue, Durham & Noonan, P.C.
                                          741 Boston Post Road
                                          Guilford, CT 06437
                                          (203) 458-9168


## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                         /s/
                                                               Patrick M. Noonan