UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JO LYNN WILSON | : |
| Plaintiff | : CIVIL ACTION NO.: |
| | : 3:15-CV-00207-DFM |
| vs. | : |
| YALE UNIVERSITY | : |
| Defendant | : JUNE 1, 2016 |

### AFFIDAVIT OF MEGAN SMITH, DrPH, MPH

I, Megan Smith, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am an Assistant Professor in Psychology in the Yale Child Study Center and the Director of the New Haven Mental health Outreach for MotherS (MOMS) Partnership.

3. I was Jo Lynn Wilson's supervisor during the time she was employed by Yale University as a Research Aide, in the Department of Psychiatry, School of Medicine.

4. While employed by Yale University, Ms. Wilson was a member of Local 34, Federation of University Employees ("Local 34").

5. Ms. Wilson e-mailed or called Heather Howell, who was also Ms. Wilson's supervisor, on each of the following days to inform Ms. Howell that she would be absent from work: March 23, 2012, March 26, 2012, March 27, 2012, March 28, 2012, and March 29, 2012.

6. On March 30, 2012, Ms. Howell received a medical evaluation form from Hospital of St. Raphael Occupational Health Plus indicating that Ms. Wilson could return to work on April 2, 2012.

7. Ms. Wilson was absent from work without contacting either me or Ms. Howell from April 2, 2012 through April 9, 2012. April 6, 2012 was a University Holiday.

8. Ms. Wilson was terminated on April 12, 2012 pursuant to Article V, Section 1(d) of the Agreement between Yale University and Local 34 because she had been absent from work for five consecutive working days without notifying either of her supervisors, and was therefore deemed to have voluntarily resigned her employment. A copy of the termination letter is attached hereto as Exhibit A.

9. Ms. Wilson never requested an accommodation for her heart condition.

10. Ms. Wilson was not terminated because of her heart condition, or any reason other than her absences.

Dated at New Haven, Connecticut this 1st day of June, 2016.

_____
Megan Smith

2

STATE OF CONNECTICUT         )
                             ) ss. New Haven
COUNTY OF NEW HAVEN          )

Subscribed and sworn to before me this 1st day of June, 2016.

_____
~~Notary Public~~ Officer of the Superior Court
Jeffrey E. McGuinness

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Colleen Noonan Davis

4

# EXHIBIT A



## Yale University School of Medicine
Department of Psychiatry

April 11, 2012

Ms. Jo Lynn Wilson
1311 Ella Grasso Blvd
New Haven, CT 06511

Dear Jo Lynn,

Article V, Secton 1 (d) of the Agreement between Yale University and Local 34, Federation of University Employees states that a staff member who is absent from work for five (5) or more consecutive working days without notifying his/her Supervisor shall be deemed to have voluntarily resigned his/her employment with the University.

Your absence from April 2 through April 9, 2012 without contacting your supervisor falls within these guidelines. This letter is written notification that we consider you to have voluntarily resigned your position with Yale University.

Any University belongings must be returned to me immediately. Please contact me directly to set up a mutually agreeable time to do so.

Your health and dental insurance will continue through May 2012. You have rights to continue your health insurance coverage beyond this date. Material concerning this option will be mailed to you. However, you may contact the Employee Service Center for more information at 203-432-5552.

If you have any questions please contact your HR Generalist, Lisa Nolen, at 203-785-2113.

Sincerely,

Megan V. Smith, Ph.D.

cc: Lisa Gray, Labor Relations
    Lisa Nolen, Human Resource Generalist, Dept. of Psychiatry

142 Temple Street • Suite 301
New Haven, Connecticut 06510
Telephone: 203.764.6621 • Fax: 203.764.6766