UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JO LYNN WILSON | : |
|     Plaintiff | : CIVIL ACTION NO.: |
| | : 3:15-CV-00207-DFM |
| vs. | : |
| YALE UNIVERSITY | : |
|     Defendant | : JUNE 2, 2016 |

## AFFIDAVIT OF HEATHER HOWELL

I, Heather Howell, being duly sworn, depose and say that:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am a Social Worker employed by the Yale University School of Medicine.

3. I was Jo Lynn Wilson's supervisor during the time she was employed by Yale University as a Research Aide, in the Department of Psychiatry, School of Medicine.

4. While employed by Yale University, Ms. Wilson was a member of Local 34, Federation of University Employees ("Local 34").

5. Ms. Wilson e-mailed or called me on each of the following days to inform me that she would be absent from work: March 23, 2012, March 26, 2012, March 27, 2012, March 28, 2012, and March 29, 2012. Copies of the e-mails are attached hereto as Exhibit A.

6. On March 30, 2012, I received a medical evaluation form from Hospital of St. Raphael Occupational Health Plus indicating that Ms. Wilson could return to work on April 2, 2012.

7. Ms. Wilson was absent from work without contacting me from April 2, 2012 through April 9, 2012. April 6, 2012 was a University Holiday.

8. Ms. Wilson was terminated on April 12, 2012 pursuant to Article V, Section 1(d) of the Agreement between Yale University and Local 34 because she had been absent from work for five consecutive working days without notifying either of her supervisors, and was therefore deemed to have voluntarily resigned her employment.

9. Ms. Wilson never requested an accommodation for her heart condition.

10. Ms. Wilson was not terminated because of her heart condition, or any reason other than her absences.

Dated at New Haven, Connecticut this 2nd day of June, 2016.

_____
Heather Howell

STATE OF CONNECTICUT   )
                       ) ss. New Haven
COUNTY OF NEW HAVEN    )

Subscribed and sworn to before me this 2th day of June, 2016.

Harriet R. Cooper
Notary Public

HARRIET R. COOPER
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2017

2

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Colleen Noonan Davis

# EXHIBIT A

## Howell, Heather

**From:** Howell, Heather
**Sent:** Friday, March 23, 2012 1:38 PM
**To:** Wilson, Jo
**Subject:** RE: i will not in office today

No problem-- can you call me for 2 seconds anytime today or Monday morning so I can fill out your timesheet accurately for you.
-H

-----Original Message-----
From: Wilson, Jo
Sent: Friday, March 23, 2012 1:36 PM
To: Howell, Heather
Subject: i will not in office today

I have personnel matter that needs my attention!  My mother!

## Howell, Heather

| | |
|---|---|
| From: | Howell, Heather |
| Sent: | Monday, March 26, 2012 8:42 AM |
| To: | Wilson, Jo |
| Cc: | Jo Wilson (jo.wilson45@yahoo.com) |
| Subject: | RE: I will not in office today |

Pls give me a super quick call before 11:45 so I can close out your timesheet from last week. I'm at my desk until just before 12.  Thx, -H

-----Original Message-----
From: Wilson, Jo
Sent: Friday, March 23, 2012 1:36 PM
To: Howell, Heather
Subject: i will not in office today

I have personnel matter that needs my attention!  My mother!

1

## Howell, Heather

| | |
|---|---|
| **From:** | Howell, Heather |
| **Sent:** | Tuesday, March 27, 2012 7:34 PM |
| **To:** | Wilson, Jo |
| **Subject:** | RE: Out ill |

Ick, so sorry that you're not feeling better. If you're thinking of using sick days, I'll need a note from the DR yesterday, as this would be 3 consecutive days-- if you're planning to work extra later in the week to offset, then no worries. Fingers crossed that we'll see you tomorrow. A key task for you this week is to watch the video from group today so you're current with everyone-- who doesn't love a good movie! ( :   -Heather

---

From: Wilson, Jo
Sent: Tuesday, March 27, 2012 1:46 PM
To: Howell, Heather
Subject: Out ill

Heather,  I am still ill.

-----Original Message-----
From: Wilson, Jo
Sent: Wednesday, March 28, 2012 1:47 PM
To: Howell, Heather
Subject:

Heather,

I cannot work at this time. On march 20th I fell while working at the park at quinnpiac terrace. I though I would be okay but that's not case.. when I fell I hit my head and injured my right ankle an lower back. Please advise because I did sustain an injury. I have an apointment with my dr at 1:45.

1