UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-DFM |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | JUNE 2, 2016 |

## **LOCAL RULE 56(a)(1) STATEMENT**

1. The plaintiff was hired by the defendant as a Research Aide on December 11, 2010. (Amended Complaint, at ¶ 6; Amended Answer, at ¶ 6.)

2. While employed by Yale University, Ms. Wilson was a member of Local 34, Federation of University Employees ("Local 34"). (Affidavits of Megan Smith, DrPH, MPH and Heather Howell, at ¶ 4.)

3. The plaintiff notified her supervisor that she was unable to work on March 23, 2012, March 26, 2012, March 27, 2012, March 28, 2012, and March 29, 2012. (Affidavits of Megan Smith, DrPH, MPH and Heather Howell, at ¶ 5.)

4. On March 29, 2012, the defendant received a note written on a prescription pad from a physician at Family & Internal Medicine of Dixwell Avenue which indicated that the plaintiff was evaluated that day and required evaluation by a cardiologist. (Amended Complaint, at ¶ 10; Amended Answer, at ¶ 10.)

5. On March 30, 2012, the defendant received a medical evaluation form from Hospital of St. Raphael Occupational Health Plus indicating that Ms. Wilson could return to work on April 2, 2012. (Affidavits of Megan Smith, DrPH, MPH and Heather Howell, at ¶ 6.)

6. The plaintiff was absent from work without contacting her supervisors from April 2, 2012 through April 9, 2012. April 6, 2016 was a University holiday. (Affidavits of Megan Smith, DrPH, MPH and Heather Howell, at ¶ 7.)

7. Ms. Wilson was terminated on April 12, 2012 pursuant to Article V, Section 1(d) of the Agreement between Yale University and Local 34 because she had been absent from work for five consecutive working days without notifying either of her supervisors, and was therefore deemed to have voluntarily resigned her employment. (Affidavits of Megan Smith, DrPH, MPH and Heather Howell, at ¶ 8; Termination Letter attached to affidavit of Patrick M. Noonan as Exhibit A.)

8. Ms. Wilson never requested an accommodation for her heart condition. (Affidavits of Megan Smith, DrPH, MPH and Heather Howell, at ¶ 9.)

9. Ms. Wilson was not terminated because of her heart condition, or any reason other than her absences. (Affidavits of Megan Smith, DrPH, MPH and Heather Howell, at ¶ 10.)

10. The plaintiff filed a complaint of discrimination with the Connecticut Commission on Human Rights and Opportunities ("CHRO") on October 16, 2012. (CHRO complaint attached to affidavit of Patrick M. Noonan as Exhibit B.)

11.     Following an investigation, which included a fact finding conference, the CHRO investigator concluded on October 28, 2014 that no reasonable cause existed to believe that the defendant discriminated against the plaintiff when it terminated her employment. (Finding of No Reasonable Cause attached to affidavit of Patrick M. Noonan as Exhibit C.)

          THE DEFENDANT
          YALE UNIVERSITY

BY:     /s/ Patrick M. Noonan (#ct00189)
      Patrick M. Noonan
      Colleen Noonan Davis (#ct27773)
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168

### CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                _____/s/_____
                    Colleen Noonan Davis