# EXHIBIT 1

# HeartCare
## ASSOCIATES OF CONNECTICUT, LLC

Marian Vulpe, M.D.

2200 Whitney Avenue, Suite 180, Hamden, Connecticut 06518
(203) 407-2500    Fax (203) 407-2559

---

**FAMILY AND INTERNAL MEDICINE OF DIXWELL AVENUE**
2543 DIXWELL AVENUE, HAMDEN, CT 06514
PHONE: (203) 691-4956    FAX: (203) 848-2482 (FAX)

BABU KUMAR, M.D., DEA# BK3669376, LIC. # 032892 (CT)
SUNI JACOB, APRN, DEA# MJ1301845, LIC. # 003301 (CT)

NAME: [illegible signature]
ADDRESS: _____ AGE: ___
DATE: 5/29/12

Rx

Seen today
out of work
full [illegible]
Evaluation by
Cardiology

Refill _____ Times

Signature: [signed]

To ensure brand name dispensing, prescriber must handwrite "BRAND MEDICALLY NECESSARY" on the prescription.