# EXHIBIT 2

# Patient Visit Summary and Instructions

Hospital of St. Raphael Occupational Health Plus
175 Sherman Avenue
New Haven, CT 06511
203-789-3721

| PATIENT LAST NAME | PATIENT FIRST NAME | AGE | GENDER |
|---|---|---|---|
| Wilson | JoLynn | 45 | Female |

| DATE OF TREATMENT | DATE OF INJURY OR ILLNESS | PRACTITIONER'S NAME |
|---|---|---|
| 03/29/2012 | 03/20/2012 | Stephen E. Lee, MPA-C |

| TIME ARRIVE 4:13 PM | TIME IN 4:30 PM | TIME OUT 5:02 PM |
|---|---|---|

**PATIENT'S DESCRIPTION OF PROBLEM**
Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

**DIAGNOSIS**
1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

**MEDICATIONS PRESCRIBED**

**WORK OR ACTIVITY RESTRICTIONS**
The patient's recommended work status is restricted duty. The effective date for this work status is 3/29/2012.

Restrictions: Out of work until 4/2/2012. Then restricted duty as follows. Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. No constant bending, twisting of the neck or waist. Avoid overhead work.

**AFTERCARE INSTRUCTIONS**
Use ice/heat applications as directed. Contact the clinic if you have side effects. Be rechecked immediately if your condition worsens or you experience symptoms such as numbness in your legs or feet, bowel or bladder leaking, or uncontrolled pain. Return in one week.

**NEXT 5 APPOINTMENTS**
04/05/2012   3:00 PM   Follow-up Exam          Stephen E. Lee, MPA-C          New Haven

| PATIENT | STAFF MEMBER |
|---|---|
| I received this information and was given the opportunity to ask the clinician questions about my care. | I reviewed this information with the patient. The patient verbalized understanding. |
| *[signature]* | *[signature]* |

| Field | Value |
|---|---|
| BODY PART DESC | MULTIPLE BODY PARTS |
| SIDE OF BODY | Unknown |
| LOSING TIME | Unknown |
| MODIF DUTY | false |
| INJURY DURING EMP IND | Y |
| DRUGS ALCOHOL INVOLVED IND | N |
| ON PREMESIS IND | N |
| SAFEGAURDS IND | N |
| OCCURRENCE LOCATION | Quinnipiac Terrace park/playground |
| OCCURRENCE ADDRESS | 2 John Williamson Dr |
| OCCURRENCE CITY | New Haven |
| OCCURRENCE STATE | CT |
| OCCURRENCE ZIPCODE | 06513 |
| INJURY EVENTS | On march 20th I fell while working at the park at quinnpiac terrace.. when I fell I hit my head and injured my right ankle an lower back...I did sustain an injury. |
| PREPARER FIRST NAME | Heather |
| PREPARER LAST NAME | Howell |
| PREPARER TELEPHONE | 2037646615 |
| DATE PREPARED | 03/29/2012 |
| USER ID | 9841305 |
| EMAILCOPY | Y |
| ORIGINATOR EMAIL | workers.compensation@yale.edu,risk.management@yale.edu,ehs@yale.edu, lisa.nolen@yale.edu,,megan.smith@yale.edu,,heather.howell@yale.edu |
| PI | 13693012 |
| rg Number | 727109 |
| ddl. Injury Info? | |
| loor of Incident | |
| oom Number | |
| ccident Site Type | |
| ame of Lead Admin | |

** The information contained in this e-mail message and any attachments transmitted with it are private, are intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. If you have received this e-mail message in error, please immediately notify the sender by reply e-mail and delete the message. You should not print, copy, transmit, or otherwise disseminate the information contained in this e-mail message. Any use of this information other than by the intended recipient is prohibited. **

2