UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JO LYNN WILSON | : |
| | : |
| Plaintiff | : CIVIL ACTION NO.: |
| | : 3:15-CV-00207-DFM |
| vs. | : |
| | : |
| YALE UNIVERSITY | : |
| | : |
| Defendant | : AUGUST 25, 2017 |

## MOTION TO FILE AMENDED ANSWER

The defendant hereby moves to file the attached Amended Answer to the plaintiff's March 4, 2015 Amended Complaint in order to assert an affirmative defense that the plaintiff failed to mitigate her damages in that she did not make reasonable efforts to obtain other employment.

THE DEFENDANT
YALE UNIVERSITY

BY:    /s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan