UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| VS. | : | NO. 3:15cv207(RAR) |
| YALE UNIVERSITY | : | SEPTEMBER 1, 2017 |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. This is a lawsuit for employment discrimination brought against Yale University. The plaintiff alleges that the defendant refused to provide an accommodation of a disability. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against those they believe to be responsible? If so, please explain.

4. Have you or has anyone close to you ever been the victim of employment discrimination?

5. Have you or anyone close to you ever lost a job for reasons you considered to be unfair?

6. Has anyone here or any close to you ever been employed by an

attorney?

7.  Would you tend to favor one side or the other in this case without regard to the evidence which may be presented?

8.  Does anyone here believe that allegations of employment discrimination should be treated less seriously than other kinds of illegal activity?

9.   Does anyone here believe that the laws which prohibit discrimination on the basis of disability should be repealed or not enforced?

10.  Is there anyone here who would refuse to return a verdict in favor of the plaintiff even if she proved his case?

11.  Have you, or has anyone close to you, ever been a party to a lawsuit? If so, please explain.

12.  Where are you employed?

13.  Where are the other members of your household employed?

14.  At the outset of this case, having heard no evidence, do you favor one side or the other in this case?

              THE PLAINTIFF

BY:_____/s/_____(ct00215)_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203-562-9931
        Fax:  203-776-9494
        jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                            /s/
                                         JOHN R. WILLIAMS