UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| VS. | : | NO. 3:15cv207(RAR) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 8, 2017 |

**A P P E A R A N C E**

Please enter the appearance of JOSEPH M. MERLY, 51 Elm Street, New Haven, Connecticut 06510; Telephone: (203)562-9931; Facsimile: (203)776-9494; Email: jmerly@johnrwilliams.com; Federal Bar No. ct21266; on behalf of the Plaintiff in this matter.

THE PLAINTIFF

BY: /s/ Joseph M. Merly
JOSEPH M. MERLY
John R. Williams and Associates, LLC
Federal Bar No. ct21266
51 Elm Street
New Haven, CT 06510
Phone: (203)562-9931
Fax: (203)776-9494
Email: jmerly@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Joseph M. Merly
JOSEPH M. MERLY