UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-DFM |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | SEPTEMBER 11, 2017 |

### **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

The defendant respectfully submits the follow questions to be asked of potential jurors.

1. Are you, or someone close to you, employed by Yale University? If yes, please describe the nature of the employment and your feelings regarding the same.

2. Have you, or someone you know, sued Yale University? If yes, please describe the claims, the outcome, and your feelings regarding the same.

3. Do you have any opinions about Yale University? If yes, please explain your opinion.

4. Do you, or someone close to you, know Jo Lynn Wilson? If yes, please describe the relationship.

5. Do you, or someone close to you, have a disability? If yes, please describe the disability, the manner in which it affects your ability to work, and how your employer responded to any requests for accommodations.

6. Have you, or someone close to you, been discriminated against because of a disability? If yes, please describe the circumstances, whether a claim was brought, the outcome of the claim, and your feelings regarding the same.

7. Have you, or someone close to you, requested an accommodation for a disability? If yes, please describe the circumstances, whether the request was granted, whether a claim was brought, the outcome of the claim, and your feelings regarding the same.

8. Have you, or someone close to you, been discriminated against because of race, gender, age, or religion? If yes, please describe the circumstances, whether a claim was brought, the outcome of the claim, and your feelings regarding the same.

9. Have you, or someone close to you, been wrongfully accused of discrimination? If yes, please describe the circumstances, whether a claim was brought, the outcome of the claim, and your feelings regarding the same.

10. Are you, or someone close to you, a member of a union and subject to a contract between your employer and the union?

11. Have you or someone close to you, been terminated for violating a provision of the contract between the employer and the union? If yes, please describe the circumstances, whether a claim was brought, the outcome of the claim, and your feelings regarding the same.

12. Have you, or someone close to you, been terminated for failing to contact your employer when you were absent from work? If yes, please describe the circumstances, whether a claim was brought, the outcome of the claim, and your feelings regarding the same.

13. Have you, or someone close to you, been in a position to fire an employee? If yes, please describe the circumstances and your feelings regarding the same.

14. Do you have any feelings or opinions that would affect your ability to be a fair and impartial juror in a case where an employee has sued her employer for disability discrimination and a failure to accommodate a disability?

15. Can you assure all parties that you will wait until you have heard all of the testimony from all of the witnesses and carefully listened to the Judge's instructions on the law before you form any conclusions about this case?

16. You will learn in the jury charge that the plaintiff has the burden to establish each element of her claims; and if she has failed to prove even one element of a claim, then you will need to find in favor of the defendant on that issue. Is there anyone here who feels that he or she may not be able to comply with that instruction?

17. The issue to be addressed in this case is whether the plaintiff has proven that Yale discriminated against her because of her alleged disability or has failed to

        accommodate a disability after she requested an accommodation in connection with her employment. Is there anyone who would be unable to understand that the issue is not whether you think the termination of the plaintiff was harsh or unfair, but rather that the issue is whether the termination violated the specific laws which govern the plaintiff's claims?

18. It is natural to feel sympathy when something unfortunate, such as losing a job, occurs to another human being. However, the law requires that you put whatever natural feelings of sympathy you may have aside when deliberating on a case. Is there anyone who feels that he or she may not be able to put aside feelings of sympathy when deliberating in this case?

19. The plaintiff's claim of employment discrimination requires that the plaintiff prove actual intent to discriminate. Is there anyone here who feels that he or she may be unable to follow that instruction?

20. Under the law, the plaintiff has the burden of proving each element of her case. Is there anyone here who feels that there is something unfair about that, or that they feel as though they would not be able to apply that burden of proof?

21. You will hear evidence that the plaintiff was a member of a union, and therefore both parties were subject to provisions of the union contract. Is there anyone among you who feels that he or she would not be able to recognize that in this case the employer may properly terminate an employee for reasons which are provided in the union contract, as long as the termination was not the result of intentional discrimination?

22. The law in employment discrimination cases is that the plaintiff must have actual evidence of discrimination; the plaintiff's subjective belief that there has been intentional discrimination does not suffice to establish a case of employment discrimination. Is there anyone here who feels that he or she may not be able to follow that instruction?

23. Will you be able to listen to the Judge's instructions and follow them even if you do not agree with the law as it is explained to you in the jury charge?

                          THE DEFENDANT
                          YALE UNIVERSITY


BY:___/s/ Patrick M. Noonan (#ct00189)
      Patrick M. Noonan
      Colleen Noonan Davis (ct#27773)
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168

## CERTIFICATION

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    _____/s/_____
                                                    Patrick M. Noonan