UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-DFM |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 11, 2017 |

**DEFENDANT'S PROPOSED JURY INTERROGATORIES**

**I.   Disability Discrimination**

1. Has the plaintiff proven by a preponderance of the evidence that she suffered from a disability as defined by the Americans with Disabilities Act and the Rehabilitation Act?

    Yes_____          No____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 2.**

2. Has the plaintiff proven by a preponderance of the evidence that she was able to perform the essential functions of her job at Yale University, with or without accommodation?

    Yes_____          No____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 3.**

    3.    Has the plaintiff proven by a preponderance of the evidence that she was terminated because of her disability?

        Yes_____                   No_____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 4.**

    4.    Has the defendant articulated a legitimate, non-discriminatory reason for terminating the plaintiff's employment?

        Yes_____                   No_____

**Proceed to Question 5.**

    5.    Has the plaintiff proved by a preponderance of the evidence that the defendant's articulated reason for its actions was false and that the real reason was discrimination based on her disability?

        Yes_____                   No_____

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. Proceed to Section II.**

**II.**    **Failure to Accommodate**

    1.    Has the plaintiff proven by a preponderance of the evidence that she suffered from a disability which significantly affected her ability to do her work at Yale University?

        Yes_____                   No_____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 2.**

2. Did the plaintiff prove by a preponderance of the evidence that the defendant had notice of her disability?

Yes_____          No_____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 3.**

3. Did the plaintiff prove by a preponderance of the evidence that she could perform the essential functions of her position with a reasonable accommodation?

Yes_____          No_____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 4.**

4. Did the plaintiff prove by a preponderance of the evidence that she requested a reasonable accommodation?

Yes_____          No_____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 5.**

5. Did the plaintiff prove by a preponderance of the evidence that the defendant refused to provide a reasonable accommodation requested by the plaintiff?

Yes_____          No_____

**If you have answered no, then you must enter a verdict in favor of the defendant. If you have answered yes, then proceed to Question 6.**

6.	Did the defendant prove by a preponderance of the evidence that the requested accommodation would result in an undue hardship?

Yes_____			No_____

**If you have answered yes, then you must enter a verdict in favor of the defendant on this count.  Proceed to Section III.**

### III.	Economic Damages

Answer the following questions only if you have entered a verdict in favor of the plaintiff on the disability discrimination and/or failure to accommodate claims.

1.	Did the plaintiff prove that she made an attempt to find part time employment in order to replace the income she earned while employed at Yale University?

Yes_____			No_____

**If you have answered no, you may not award any economic damages.  In that instance, you should proceed to Section IV below.  If you have answered yes, then proceed to Question 2.**

2.	State the amount of economic damages the plaintiff has proven by a preponderance of the evidence that she suffered as a result of intentional disability discrimination or failure to accommodate her disability.

$_____

**Proceed to Section IV.**

IV. **Non- Economic Damages**

Answer the following questions only if you have entered a verdict in favor of the plaintiff on the disability discrimination and/or failure to accommodate claims.

1. Has the plaintiff proven by a preponderance of the evidence that she suffered emotional distress as a result of the defendant's conduct?

Yes_____        No_____

**If you have answered no, then you may not award any non-economic damages. If you have answered yes, then proceed to Question 2.**

2. State the amount of non-economic damages the plaintiff has proven by a preponderance of the evidence that she suffered as a result of intentional disability discrimination.

$ _____

V. **Punitive Damages**

Answer the following questions only if you have entered a verdict in favor of the plaintiff on the disability discrimination and/or failure to accommodate claims.

1. Did the plaintiff prove by a preponderance of the evidence that the defendant acted with malice or reckless indifference to the plaintiff's right to be free from disability discrimination?

Yes_____        No_____

**If you have answered no, then you may not award punitive damages. If you have answered yes, then proceed to Question 2.**

5

2. State the amount of punitive damages to be awarded to the plaintiff.

$_____

                    THE DEFENDANT
                    YALE UNIVERSITY

         BY:   /s/ Patrick M. Noonan (#ct00189)
                    Patrick M. Noonan
                    Colleen Noonan Davis (#ct27773)
                    Donahue, Durham & Noonan, P.C.
                    741 Boston Post Road
                    Guilford, CT 06437
                    (203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                    _____/s/_____
                                          Patrick M. Noonan