UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-RAR |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | SEPTEMBER 11, 2017 |

## MOTION TO PRECLUDE

The defendant hereby moves to preclude the plaintiff from offering testimony or other evidence regarding her claim for lost wages because she failed to mitigate her damages in that she did not seek to obtain employment following her termination. The accompanying memorandum of law supports this motion.

                THE DEFENDANT
                YALE UNIVERSITY

                BY:___/s/ Patrick M. Noonan (#ct00189)
                      Patrick M. Noonan
                      Colleen Noonan Davis(#ct27773)
                      Donahue, Durham & Noonan, P.C.
                      741 Boston Post Road
                      Guilford, CT 06437
                      (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                                  /s/
                                                            Patrick M. Noonan