# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JO LYNN WILSON,

   PLAINTIFF,

VS.                                          CIVIL ACTION NO.
                                              3:15-CV-00207-DFM

YALE UNIVERSITY,

   DEFENDANT.


    Deposition of JO LYNN WILSON, taken pursuant to Rule 30 of the Federal Rules of Civil Procedure at the Law Offices of John R. Williams, 51 Elm Street, New Haven, Connecticut, by Sabina Lohr, Registered Professional Reporter and Notary Public in and for the State of Connecticut, on March 21, 2016, at 1:48 p.m.


                         SABINA LOHR
                       SHR # 0000131


      DEL VECCHIO REPORTING SERVICES, L.L.C.
        PROFESSIONAL SHORTHAND REPORTERS
               117 RANDI DRIVE
              MADISON, CT 06443
   (203) 245-9583        (800) 839-6867
          FAX (203) 245-2760

HARTFORD              NEW HAVEN         STAMFORD

1   that you need them, beyond your mother's health, your
2   health and your son's difficulties?
3       A.   Just the normal life.
4       Q.   Right.  Life is sometimes not easy.
5       A.   Uh-huh.
6       Q.   Now, have you -- since leaving the job at Yale,
7   have you looked for other part-time work, or you just
8   had too much going on in your life to consider that?
9       A.   I haven't looked outside to work for another
10  agency but I am working, looking into opening a women's
11  shelter, which I'm trying to do.  And Yale was kind of
12  very much aware about that because I've talked to them
13  about that.  But outside work, no.
14      Q.   Okay.
15      A.   But I am working on what I've always wanted to
16  do anyway.
17      Q.   And what -- how far along are you on that plan?
18      A.   Well, I have the unit already.
19      Q.   Unit meaning a place to --
20      A.   I have a place.
21      Q.   Oh, good.
22      A.   I own a four-family house, so I do have an
23  apartment that I'm trying my hardest to open a teen
24  shelter for teenage mothers.  And I've been working on
25  it.  It's been slow, with all the legal stuff I've got

1  going on.  I've got to get rid of all that stuff first
2  and then I can focus on that.  That's just a goal, me
3  being a teenage mother, you know.  And I think with the
4  right support, whatever you're going to do you'll be
5  okay if you can get the right support, you know.
6      Q.   And this shelter for teenage mothers, that
7  would be in the four-family home that you own?
8      A.   That would be in the four-family house, yes.
9      Q.   And what would you do, use one unit for that?
10     A.   Yes, one big unit.  Four bedroom.  So I'm going
11 to try to use it for a lot of units.  Or what I've
12 noticed working with the community, the teenagers, you
13 know, they don't have the support of their family
14 and/or -- this is a different scenario where they might
15 be in state care or something like that and they need a
16 place, whether it be a room just to get their children
17 back.  So that's my interest.  That's what I'm in
18 college for, human services.  And I just feel like, you
19 know, if you can't even help yourself you definitely
20 can't help no other person.
21          But it's like -- it's something.  It's a
22 start.  It's similar to with the -- with the school or
23 offering the kids to go to school they help them with
24 babysitting, you know it's just that you need a
25 resource.  So I think these mothers that are coming out

1  of -- whatever. They need a place. Without a roof over
2  your head you can't do much. That's my goal. I hope it
3  works out.
4      Q.   Are you -- are you going to do this through a
5  governmental agency, or you're just doing it on your
6  own?
7      A.   I'll probably try to do a non-profit, but then
8  again I might see if I can get some help, which I'm
9  recruiting more or less my own daughters. They have
10 degrees and -- but this is really a non-profit. We're
11 just trying to make a difference and somehow give back.
12     Q.   And the four-family home, do you live there too
13 or --
14     A.   I do live there.
15     Q.   And so you rent out the other three units?
16     A.   Yes. Well, right now it's empty.
17     Q.   Oh, it's completely empty?
18     A.   That one.
19     Q.   That one unit?
20     A.   Uh-huh. So let's hope. Which I've discussed
21 with Megan and Heather.
22     Q.   Oh, you were planning --
23     A.   I talked about this to them. This -- this --
24 this is my goals that I would like to see happen.
25          MR. NOONAN: Off the record.