UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-DFM |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | SEPTEMBER 11, 2017 |

## MOTION FOR QUALIFIED PROTECTIVE ORDER

The plaintiff instituted this action under the Americans with Disabilities Act and the Rehabilitation Act, alleging that the defendant discriminated against her on the basis of her disability, a heart condition, and failed to accommodate that disability. Trial of this matter is scheduled to begin on September 19, 2017. Pursuant to the Health Insurance Portability and Accountability Act of 1996, and in compliance with the requirements set forth in 45 C.F.R. 164.512, the defendant hereby requests a qualified protective order. In support of this motion, the defendant represents the following:

1. On September 11, 2017, the defendant prepared the attached subpoena to be served on Marian Vulpe, M.D.

2. The subpoena requests Dr. Vulpe's appearance at trial. The subpoena also requests that Dr. Vulpe bring her entire medial chart/file pertaining to the plaintiff.

3. Pursuant to HIPAA, the defendant hereby seeks a protective order which prohibits the parties from using or disclosing Dr. Vulpe's medical chart/file pertaining to the plaintiff for any purpose other than this litigation.  See, 45 C.F.R. 164.512(e)(1)(v)(A).

4. The defendant will destroy any information received from Dr. Vulpe at the conclusion of this litigation or any appeal.  See, 45 C.F.R. 164.512(e)(1)(v)(B).

WHEREFORE, the defendant requests entry of a qualified protective order.

                THE DEFENDANT
                YALE UNIVERSITY

BY:   /s/ Patrick M. Noonan (#ct00189)
       Patrick M. Noonan
       Colleen Noonan Davis (ct#27773)
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

## **CERTIFICATION**

  I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                     _____/s/_____
                     Patrick M. Noonan