UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-RAR |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | SEPTEMBER 18, 2017 |

**OBJECTION TO PLAINTIFF'S TRIAL EXHIBITS**

The plaintiff intends to offer the attached exhibits at trial. The defendant has no objection to the first page of Exhibit 1, substituted Exhibit 2,[1] the first page of Exhibit 3, or Exhibit 4. However, the defendant objects to the remaining documents offered by the plaintiff.

## I. Exhibit 1

The second page of Exhibit 1 should not be included in Exhibit 1 because it is not part of that medical record. It appears to relate to the worker's compensation claim. One of the originator e-mails is workers.compensation@yale.edu. In addition, the second page of Exhibit 1 is clearly the second page of an e-mail, because at the bottom of the page, it states: "The information contained in this e-mail message and any attachments…." The second page of Exhibit 1 is also part of a two page document, as indicated by the number "2" at the bottom of

[1] The plaintiff has agreed to substitute her proposed Exhibit 2, attached hereto, with a document containing a copy of only the March 29, 2012 prescription note. If the plaintiff were to offer Exhibit 2 with copies of the business card of Marian Vulpe, MD and the prescription note, the defendant would object because there is no claim that the defendant received a copy of Dr. Vulpe's business card. Rather, the plaintiff claims that she provided a copy of the prescription note to the defendant. (Amended Complaint, at ¶ 10.)

the page, and only page two of that document is included in Exhibit 1. Therefore, the second page of Exhibit 1 should not be admitted into evidence as part of Exhibit 1.

## II. Exhibit 3

The first page of Exhibit 3 is a medical record from HealthCare Associates of Connecticut, LLC dated March 7, 2012. The last three pages of Exhibit 3 are parts of forms sent to The Standard Benefit Administrators, presumably for disability insurance provided by the City of New Haven, which post-date the termination of the plaintiff's employment. The forms are dated July 6, 2012 and July 23, 2012 and there is no suggestion that the defendant ever received them. Rather, the owner of the policy is listed as "City of New Haven Connecticut." Since the last three pages of Exhibit 3 are disability forms dated three months after the termination of the plaintiff's employment, were not generated by the defendant, and were never provided to the defendant, they should not be admitted into evidence.

## CONCLUSION

For the foregoing reasons, the defendant objects to the second page of Exhibit 1 and the last three pages of Exhibit 3 and submits that those documents should not be admitted into evidence.

             THE DEFENDANT
YALE UNIVERSITY

BY: /s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Colleen Noonan Davis (ct#27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan

# EXHIBIT A

# Patient Visit Summary and Instructions

Hospital of St. Raphael Occupational Health Plus
175 Sherman Avenue
New Haven, CT 06511
203-789-3721

| PATIENT LAST NAME | | PATIENT FIRST NAME | AGE | GENDER |
|---|---|---|---|---|
| Wilson | | JoLynn | 45 | Female |
| DATE OF TREATMENT | DATE OF INJURY OR ILLNESS | PRACTITIONER'S NAME | | |
| 03/29/2012 | 03/20/2012 | Stephen E. Lee, MPA-C | | |

TIME ARRIVE 4:13 PM TIME IN 4:30 PM TIME OUT 5:02 PM

PATIENT'S DESCRIPTION OF PROBLEM

Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

DIAGNOSIS

1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

MEDICATIONS PRESCRIBED

WORK OR ACTIVITY RESTRICTIONS

The patient's recommended work status is restricted duty. The effective date for this work status is 3/29/2012.

Restrictions: Out of work until 4/2/2012. Then restricted duty as follows. Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. No constant bending, twisting of the neck or waist. Avoid overhead work.

AFTERCARE INSTRUCTIONS

Use ice/heat applications as directed. Contact the clinic if you have side effects. Be rechecked immediately if your condition worsens or you experience symptoms such as numbness in your legs or feet, bowel or bladder leaking, or uncontrolled pain. Return in one week.

NEXT 6 APPOINTMENTS

04/05/2012 3:00 PM Follow-up Exam Stephen E. Lee, MPA-C New Haven

PATIENT
I received this information and was given the opportunity to ask the clinician questions about my care.

[signature]

STAFF MEMBER
I reviewed this information with the patient. The patie[nt] ... understanding.

[signature]

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 1

| BODY PART DESC | MULTIPLE BODY PARTS |
|---|---|
| SIDE OF BODY | Unknown |
| LOSING TIME | Unknown |
| MODIF DUTY | false |
| INJURY DURING EMP IND | Y |
| DRUGS ALCOHOL INVOLVED IND | N |
| ON PREMESIS IND | N |
| SAFEGAURDS IND | N |
| OCCURRENCE LOCATION | Quinnipiac Terrace park/playground |
| OCCURRENCE ADDRESS | 2 John Williamson Dr |
| OCCURRENCE CITY | New Haven |
| OCCURRENCE STATE | CT |
| OCCURRENCE ZIPCODE | 06513 |
| INJURY EVENTS | On march 20th I fell while working at the park at quinnplac terrace.. when I fell I hit my head and injured my right ankle an lower back...I did sustain an injury. |
| PREPARER FIRST NAME | Heather |
| PREPARER LAST NAME | Howell |
| PREPARER TELEPHONE | 2037646615 |
| DATE PREPARED | 03/29/2012 |
| USER ID | 9841305 |
| EMAILCOPY | Y |
| ORIGINATOR EMAIL | workers.compensation@yale.edu,risk.management@yale.edu,ehs@yale.edu, lisa.nolen@yale.edu,,megan.smith@yale.edu,,heather.howell@yale.edu |
| PI | 13693012 |
| rg Number | 727109 |
| ddl. Injury Info? | |
| loor of Incident | |
| oom Number | |
| ccident Site Type | |
| ame of Lead Admin | |

** The information contained in this e-mail message and any attachments transmitted with it are private, are intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. If you have received this e-mail message in error, please immediately notify the sender by reply e-mail and delete the message. You should not print, copy, transmit, or otherwise disseminate the information contained in this e-mail message. Any use of this information other than by the intended recipient is prohibited. **

HeartCare
ASSOCIATES OF CONNECTICUT, LLC

Marian Vulpe, M.D.

2200 Whitney Avenue, Suite 180, Hamden, Connecticut 06518
(203) 407-2500 Fax (203) 407-2559

FAMILY AND INTERNAL MEDICINE OF DIXWELL AVENUE
2543 DIXWELL AVENUE HAMDEN, CT 06514
PHONE: (203) 691-4956 FAX: (203) 848-2482 (FAX)
BABU KUMAR, M.D., DEA# BK3669376, LIC # 032892 (CT)
SUNI JACOB, APRN, DEA# MJ1301845, LIC # 003301 (CT)

NAME [illegible]
ADDRESS AGE
DATE 8/29/12

℞ [handwritten, illegible]

Refill ______ Times

Signature

To ensure brand name dispensing, prescriber must handwrite "BRAND MEDICALLY NECESSARY" on the prescription.

PLAINTIFF'S
EXHIBIT
CASE NO.
EXHIBIT NO. 2

HeartCare

ASSOCIATES OF CONNECTICUT, LLC

Ricardo Cordido MD • Philip Fazzone MD • Jack Hauser MD
Vasant Khachane MD • Siegfried Kra MD • Marian Vulpe MD
Karin Augur PA • Jennifer Rivers, APRN • Mark Whelan PA

# Transthoracic Echocardiogram Report

| | | | |
|---|---|---|---|
| Name: | Wilson, Jolynn | DOB: | |
| Ordering MD: | MV | MRN: | |
| PCP: | Kumar | Study Date: | 3/7/12 |
| Indications: | CAD, CABG, CP, dyspnea | Site/Tech: | H/LA |
| Limitations: | | BP: | 174/120 |
| Ht/Wt/BSA/Sex: | 5'3"/160/1.8/F | | |

M-Mode Measurements

| | | | | | |
|---|---|---|---|---|---|
| LVEDD | 3.7 | (<5.6 cm) | AO Root | 2.9 | (<4.0 cm) |
| LVESD | 2.5 | | RVID | 3.1 | |
| LV EF | 58% | (>50%) | PWT | 1.4 | (<1.1 cm) |
| LA | 3.3 | (<4.0 cm) | IVS | 1.3 | (<1.1 cm) |

2-D / Color Flow Doppler / Pulse Wave & Continuous Doppler Study

Left Ventricle, Interventricular Septum
Global LV size and systolic function are normal, with moderate septal hypokinesis, with preserved myocardial thickening, consistent with prior cardiac surgery. There is mild LVH. LV diastolic function is normal. .

Left Atrium, Interatrial Septum
The LA is normal. The interatrial septum appears is structurally normal, without color flow evidence of interatrial shunting.

Mitral Valve
The mitral valve is normal. There is trace mitral regurgitation, without prolapse or stenosis.

Aortic Valve/Root
The aortic valve is trileaflet. There is no aortic insufficiency, stenosis or aortic root dilatation.

Right Atrium, Right Ventricle, Tricuspid Valve, Pulmonic Valve
The right heart chambers are normal. RV systolic function is normal. The tricuspid and pulmonic valves are structurally normal. There is mild tricuspid regurgitation, without pulmonic insufficiency. There is no pulmonary hypertension.

Pericardium, Extra-cardiac Structures
There is no pericardial effusion, intracardiac mass, thrombus, or vegetation.

Impression:
1. Normal LV size and systolic function, with regional variation, and mild LVH. Normal RV size and systolic function.
2. Mild TR.
3. Compared to the prior study from 11/21/08, there is no significant change. Blood pressure reading addressed.

Marian Vulpe, M.D.

DD: 3/21/12 DT: 3/22/12

Branford • East Haven • Hamden • North Haven • Wallingford • West Haven
Tel: 203.407.2500 • Fax: 203.407.5812

ICAEL
Accredited Echocardiography Laboratory

ICANL
Nuclear Cardiology
Accredited Nuclear Cardiology Laboratory

Accredited Vascular Laboratory
ICAVL
Extracranial Cerebrovascular
Peripheral Arterial
Peripheral Venous

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 3

| | |
|---|---|
| **THE STANDARD BENEFIT ADMINISTRATORS**<br>Group Benefits • PO Box 5031 • White Plains NY 10602-5031<br>Phone Number (800) 426-4332 | Physician's Report:<br>**CARDIAC** |

Date  7/23/2012
Name  Jo Wilson
Analyst  _____
Date of Birth  ███████
Claim Number  00DC5443
Policyowner  City of New Haven Connecticut

**DEAR DOCTOR**
The purpose of this form is to help us determine whether the clinical condition of this individual is disabling. It is necessary for us to document functional impairment. Please complete the following report as completely as possible and provide copies of all objective data.

1. Primary Diagnosis: ( V45.8 ),  CAD s/p CABG, Unstable angina
   ICD Code                              Major source of Impairment

   Secondary Diagnoses:( 401.9 ),  HTN .
   ICD Code(s)                           Diagnoses not contributing to this impairment

2. Symptoms present include: (indicate date of onset if known)
   - [x] Chest pain of cardiac origin . _____
   - [ ] Syncope _____
   - [ ] Dyspnea due to vascular congestion or hypoxia
   - [ ] Psychophysiologic _____
   - [ ] Other (please specify) _____
   - [ ] Fatigue _____

3. Physical Findings include:
   - [ ] Evidence of pulmonary or peripheral edema
   - [x] Organic heart murmur(s) and/or sounds
   - [ ] Cyanosis
   - [ ] Cardiomegaly
   - [ ] Hepatomegaly
   - [ ] Other (please specify) _____

4. Laboratory Findings include: (Please attach copies of lab results where applicable)
   - [ ] Chest x-ray showing vascular congestion and/or cardiomegaly
   - [ ] Electrocardiogram showing ventricular or atrial hypertrophy, arrhythmia or conduction defects
   - [ ] Exercise (treadmill) electrocardiogram confirming myocardial ischemia and/or significant dysrhythmia; or abnormal blood pressure response
   - [x] Angiographic finding present that show obstructive coronary artery disease, or spasm
   - [ ] Left ventriculography present recording dyskinesia, hypokinesia, or akinesia, or aneurysm
   - [ ] Echocardiography present showing chamber or abnormal wall dimensions, valvular disease and/or abnormal ejection fraction
   - [ ] Radionuclide findings present showing area(s) of ischemia or infarction
   - [ ] Other (please specify) _____

5. Vital Signs: HT  5'3"  WT  159  BP  122/81  Pulse  74.
6. Date First Seen  7/30/10  Date Last Seen  07/27/2012

St-390-5300 (8/97)                                    (over)

7. Therapeutic and functional classification according to the New York Heart Association. Please base this assessment on your most recent examination. (**Please circle one in each classification.**)

**CLASSIFICATION OF THE SEVERITY OF HEART DISEASE**

**A. Functional Classification** (based on the patient's symptoms during various grades of activity.)

| Class | | |
|---|---|---|
| Class | I | Patients with cardiac disease but with no limitation of physical activity. Ordinary activity causes no undue dyspnea, anginal pain, fatigue or palpitation. |
| Class | II | Patients with cardiac disease and with slight limitation of physical activity. They are comfortable with mild exertion but experience symptoms with the more strenuous grades of ordinary activity. |
| Class | (III) | Patients with cardiac disease and with marked limitation of physical activity. They are comfortable at rest, but experience symptoms with the milder forms of ordinary activity. |
| Class | IV | Patients with cardiac disease and with inability to carry on any physical activity without discomfort. Symptoms of cardiac insufficiency or angina pectoris may be present, even at rest, and are intensified by activity. |

**B. Therapeutic Classification** (based on the physician's prescription of activity for the patient.)

| Class | | |
|---|---|---|
| Class | A | Patients with cardiac disease whose physical activity need not be restricted. |
| Class | B | Patients with cardiac disease whose ordinary physical activity need not be restricted but who should be advised against severe or competitive efforts. |
| Class | (C) | Patients with cardiac disease whose ordinary physical activity should be moderately restricted and whose more strenuous efforts should be discontinued. |
| Class | D | Patients with cardiac disease whose ordinary physical activity should be markedly restricted. |
| Class | E | Patients with cardiac disease who should be at complete rest. |

8. Assessment and treatment are complicated by:
- ☐ Significant emotional or behavioral disorder such as depression, anxiety, hysteria
- ☐ Exaggeration, inconsistent findings, subjective complaints out of proportion to objective findings, bizarre or contradictory observations
- ☐ Malingering
- ☐ Dependence on drugs/medication. Specify ____
- ☐ Other (please describe) ____

9. Do you expect this individual's condition to: ☑ Improve ☐ Regress ☐ Remain the same

10. When do you anticipate this individual can return to work? 09/03/2012 (9/3/2012)

11. Comments: Starting Cardiac Rehab 8/13/12

**Some states require this statement on claim forms: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. In Florida fraud is a felony.**

Physician's Signature [signature] Date 07 / 27 / 12 (month day year)

Physician's Name (Please print.) Marian Vulpe, MD Specialty Cardiology

Address 2200 Whitney Ave Suite 180 City Hamden State CT Zip 06518

Taxpayer ID # 061568754 Telephone # (203) 407 2000

FAX # (203) 407 5812

**Please send a copy of the latest treadmill, radionuclide study, Chest X-ray, ECG, angiography, echocardiography, other pertinent objective data in file. Any other data or comments are appreciated.**

7. Therapeutic and functional classification according to the New York Heart Association. Please base this assessment on your most recent examination. **(Please circle one in each classification.)**

CLASSIFICATION OF THE SEVERITY OF HEART DISEASE

A. **Functional Classification** (based on the patient's symptoms during various grades of activity.)

Class I — Patients with cardiac disease but with no limitation of physical activity. Ordinary activity causes no undue dyspnea, anginal pain, fatigue or palpitation.

Class II (circled) — Patients with cardiac disease and with slight limitation of physical activity. They are comfortable with mild exertion but experience symptoms with the more strenuous grades of ordinary activity.

Class III — Patients with cardiac disease and with marked limitation of physical activity. They are comfortable at rest, but experience symptoms with the milder forms of ordinary activity.

Class IV — Patients with cardiac disease and with inability to carry on any physical activity without discomfort. Symptoms of cardiac insufficiency or angina pectoris may be present, even at rest, and are intensified by activity.

B. **Therapeutic Classification** (based on the physician's prescription of activity for the patient.)

Class A — Patients with cardiac disease whose physical activity need not be restricted.

Class B (circled) — Patients with cardiac disease whose ordinary physical activity need not be restricted but who should be advised against severe or competitive efforts.

Class C — Patients with cardiac disease whose ordinary physical activity should be moderately restricted and whose more strenuous efforts should be discontinued.

Class D — Patients with cardiac disease whose ordinary physical activity should be markedly restricted.

Class E — Patients with cardiac disease who should be at complete rest.

8. Assessment and treatment are complicated by:
- ☒ Significant emotional or behavioral disorder such as depression, anxiety, hysteria
- ☐ Exaggeration, inconsistent findings, subjective complaints out of proportion to objective findings, bizarre or contradictory observations
- ☐ Malingering
- ☐ Dependence on drugs/medication. Specify ______
- ☐ Other (please describe) ______

9. Do you expect this individual's condition to: ☒ Improve ☐ Regress ☐ Remain the same

10. When do you anticipate this individual can return to work? 4 weeks

11. Comments: ______

**Some states require this statement on claim forms: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. In Florida fraud is a felony.**

Physician's Signature [signature] Date 07 / 06 / 2012 (month / day / year)

Physician's Name (Please print) Marian Vulpe MD Specialty Cardiology

Address 2200 Whitney Ave City Hamden State CT Zip 06518

Taxpayer ID # 061568754 Telephone # (203) 407-2500

FAX # (203) 407-2555

**Please send a copy of the latest treadmill, radionuclide study, Chest X-ray, ECG, angiography, echocardiography, other pertinent objective data in file. Any other data or comments are appreciated.**



Yale University School of Medicine
Department of Psychiatry

April 11, 2012

Ms. Jo Lynn Wilson
1311 Ella Grasso Blvd
New Haven, CT 06511

Dear Jo Lynn,

Article V, Secton 1 (d) of the Agreement between Yale University and Local 34, Federation of University Employees states that a staff member who is absent from work for five (5) or more consecutive working days without notifying his/her Supervisor shall be deemed to have voluntarily resigned his/her employment with the University.

Your absence from April 2 through April 9, 2012 without contacting your supervisor falls within these guidelines. This letter is written notification that we consider you to have voluntarily resigned your position with Yale University.

Any University belongings must be returned to me immediately. Please contact me directly to set up a mutually agreeable time to do so.

Your health and dental insurance will continue through May 2012. You have rights to continue your health insurance coverage beyond this date. Material concerning this option will be mailed to you. However, you may contact the Employee Service Center for more information at 203-432-5552.

If you have any questions please contact your HR Generalist, Lisa Nolen, at 203-785-2113.

Sincerely,

Megan V. Smith, Ph.D.

cc: Lisa Gray, Labor Relations
Lisa Nolen, Human Resource Generalist, Dept. of Psychiatry

142 Temple Street • Suite 301
New Haven, Connecticut 06510
Telephone: 203.764.6621 • Fax: 203.764.6766

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 4