Civ-JurySel(Dec-2008)

HONORABLE: Richardson
DEPUTY CLERK: A. Blue
RPTR/ECRO/TAPE: Falzarano

TOTAL TIME: 2 hours 10 minutes

DATE: 9/19/17　　START TIME: 10:05am　　END TIME: 12:15pm
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

================================================

Jo Lynn Wilson

vs.

Yale University

CIVIL NO. 3:15cv207 RAR

Joseph Merly
_____
Plaintiffs Counsel

Patrick Noonan
_____
Defendants Counsel

================================================

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] ....... Call of the Calendar held  [ ] Call of the Calendar over to _____
- [✓] ....... [✓] Jury Selection held  [ ] Jury Selection continued until _____
- [ ] ...#... Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ....... _____  [ ] filed [ ] docketed
- [ ] ....... _____  [ ] filed [ ] docketed
- [ ] ....... _____  [ ] filed [ ] docketed
- [ ] ....... _____  [ ] filed [ ] docketed
- [✓] ....... 37 # jurors present
- [✓] ....... Voir Dire oath administered by Clerk  [ ] previously administered by Clerk
- [ ] ....... Voir Dire by Court
- [✓] ....... Peremptory challenges exercised
- [✓] ....... Jury of 8 drawn (See attached)  [ ] and sworn  [ ] Jury Trial commences
- [✓] ....... Remaining jurors excused
- [ ] ....... Discovery deadline set for _____
- [ ] ....... Disposition Motions due _____
- [ ] ....... Joint trial memorandum due _____
- [✓] ....... Trial continued until 9/20/17 at 10:00am
- [✓] ....... COPY TO: JURY CLERK with juror lists