HONORABLE: Richardson
DEPUTY CLERK: A. Blue
RPTR/ECRO/TAPE: Falzarano Reporters
TOTAL TIME: 6 hours 50 minutes
DATE: 9/20/17    START TIME: 10:15am    END TIME: 5:05pm
LUNCH RECESS    FROM: 1:20pm    TO: 2:20pm
RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 3:15cv207 RAR

Jo Lynn Wilson

vs

Yale University

Joseph Merly
Plaintiff's Counsel

Patrick Noonan
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [x] ........... Jury of __8__ reported. [x] Jury sworn
- [ ] ........... Juror # _____ excused.
- [x] ........... Jury Trial held [x] Jury Trial continued until 7/21/17 at 9:30am
- [ ] ........... [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] ........... Court Trial concluded [ ] DECISION RESERVED
- [ ] ...#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [x] ........ Oral Motion to Sequester defendant witnesses [x] granted [ ] denied [ ] advisement
- [ ] ........ Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ........ Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ........ Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ........ _____ [ ] filed [ ] docketed
- [ ] ........ _____ [ ] filed [ ] docketed
- [ ] ........ _____ [ ] filed [ ] docketed
- [ ] ........ _____ [ ] filed [ ] docketed
- [ ] ........ _____ [ ] filed [ ] docketed
- [ ] ........... Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] ........... Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] ........... [ ] Summations held [ ] Court's Charge to the Jury
- [ ] ........... All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] ........... Jury commences deliberations at _____
- [ ] ........... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] ........... SEE page 2 for verdict
- [x] ........... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____