Civil-Trial (3/7/2011)

HONORABLE: Richardson
DEPUTY CLERK: A. Blue
RPTR/ECRO/TAPE: Falzarano Reporters
TOTAL TIME: 6 hours 50 minutes
DATE: 9/20/17
START TIME: 10:15am
END TIME: 5:05pm
LUNCH RECESS FROM: 1:20pm TO: 2:20pm
RECESS (if more than ½ hr) FROM: ___ TO: ___

CIVIL NO. 3:15cv207 RAR

Jo Lynn Wilson

vs

Yale University

Joseph Merly
Plaintiff's Counsel

Patrick Noonan
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of 8 reported. [✓] Jury sworn
- [ ] Juror # ___ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 9/21/17 at 9:30am
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until ___
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....# ___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ___ Motion ___ [ ] granted [ ] denied [ ] advisement
- [✓] Oral Motion to Sequester defendant witnesses [✓] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ [ ] granted [ ] denied [ ] advisement
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf ___ [ ] Deft ___ [ ] Reply ___
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at ___
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ……… Court declares MISTRIAL

☐ ……… Verdict Form filed

☐ ……… VERDICT: _____

_____

_____

_____

☐ ……… Court accepts verdict and orders verdict verified and recorded

☐ ……… Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____