UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JO LYNN WILSON | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:15-CV-00207-RAR |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 22, 2017 |

I. **Disability Discrimination**

1. Has the plaintiff proven by a preponderance of the evidence that she suffered from a cardiac disability which substantially limited major life functions, as defined by the Americans with Disabilities Act?

Yes_____         No__X__

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. If you have answered yes, then proceed to Question 2.**

2. Has the plaintiff proven by a preponderance of the evidence that she was able to perform the essential functions of her job at Yale University, with or without accommodation?

Yes_____         No_____

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. If you have answered yes, then proceed to Question 3.**

3. Has the plaintiff proven by a preponderance of the evidence that she was terminated because of intentional discrimination based on her cardiac disability?

Yes_____          No_____

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. Proceed to Section II.**

II. <u>Failure to Accommodate</u>

1. Has the plaintiff proven by a preponderance of the evidence that she suffered from a cardiac disability which substantially limited major life functions?

Yes_____          No__X__

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. If you have answered yes, then proceed to Question 2.**

2. Did the plaintiff prove by a preponderance of the evidence that the defendant had notice of her cardiac disability?

Yes_____          No_____

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. If you have answered yes, then proceed to Question 3.**

3. Did the plaintiff prove by a preponderance of the evidence that she could perform the essential functions of her position with a reasonable accommodation for her cardiac condition?

Yes_____          No_____

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. If you have answered yes, then proceed to Question 4.**

4. Did the plaintiff prove by a preponderance of the evidence that she requested a reasonable accommodation for her cardiac condition?

Yes_____    No_____

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. If you have answered yes, then proceed to Question 5.**

5. Did the plaintiff prove by a preponderance of the evidence that the defendant refused to provide a reasonable accommodation for her cardiac condition as requested by the plaintiff?

Yes_____    No_____

**If you have answered no, then you must enter a verdict in favor of the defendant on this count. Proceed to Section III.**

### III.   Economic Damages

Answer the following questions only if you have entered a verdict in favor of the plaintiff on the disability discrimination and/or failure to accommodate claims.

1. Did the plaintiff prove that she made a reasonable attempt to find part time employment in order to replace the income she earned while employed at Yale University?

Yes_____    No_____

**If you have answered no, then you may not award any economic damages. In that instance, you should proceed to Section IV below. If you have answered yes, then proceed to Question 2.**

2.   State the amount of economic damages the plaintiff has proven by a preponderance of the evidence that she suffered as a result of intentional disability discrimination or failure to accommodate her disability.

$ _____

**Proceed to Section IV.**

IV.   **Non- Economic Damages**

Answer the following questions only if you have entered a verdict in favor of the plaintiff on the disability discrimination and/or failure to accommodate claims.

1.   Has the plaintiff proven by a preponderance of the evidence that she suffered emotional distress as a result of the defendant's conduct?

Yes _____              No _____

**If you have answered no, then you may not award any non-economic damages. In that instance, you should proceed to Section V below. If you have answered yes, then proceed to Question 2.**

2.   State the amount of non-economic damages the plaintiff has proven by a preponderance of the evidence that she suffered as a result of emotional distress caused by intentional disability discrimination.

$ _____

/s/ *SF*
Foreperson

4