AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  Connecticut

Jo Lynn Wilson

V.

Yale University

**EXHIBIT AND WITNESS LIST**

Case Number:  3:15cv207 RAR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert A. Richardson | Joseph Merly | Patrick Noonan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/20, 9/21, 9/22, 2017 | Falzarano Reporters | A. Blue |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 9/20/2017 | | | Jo Lynn Wilson Sworn in |
| X | | 9/20/2017 | Yes | Yes | Exh. 1 Patient Visit Summary |
| X | | 9/20/2017 | Yes | Yes | Exh. 2 Doctor's Note |
| X | | 9/20/2017 | Yes | Yes | Exh. 4 Termination Letter dated 4/11/2012 |
| X | | 9/20/2017 | Yes | Yes | Exh. 6 Mom's Newspaper Article |
| | X | 9/20/2017 | Yes | | Exh. CC Facebook Post |
| | X | 9/20/2017 | Yes | Yes | Exh. DD Yale Human Resources Letter dated 12/12/122 |
| | X | 9/20/2017 | Yes | | Exh. GG Emails between Dr. Smith & Dr. Mayes dated 4/13/12 |
| | X | 9/20/2017 | Yes | Yes | Exh. EE CHRO Complaint |
| | X | 9/20/2017 | Yes | Yes | Exh. A Email dated 3/23/12 |
| | X | 9/20/2017 | Yes | Yes | Exh. B Email dated 3/26/12 |
| | X | 9/20/2017 | Yes | Yes | Exh. C Email dated 3/27/12 |
| | X | | Yes | Yes | Exh. D Email dated 3/28/12 |
| | X | 9/21/2017 | Yes | Yes | Exh. E Email from Howell to Smith & Nolan dated 3/28/12 |
| | X | 9/21/2017 | Yes | Yes | Exh. F Email from Howell to Pltf, Smith, Nolan dated 3/28/12 |
| | X | 9/21/2017 | Yes | Yes | Exh. G Email from Howell to Pltf, Smitk, Nolan dated 3/29/12 |
| | X | 9/21/2017 | Yes | | Exh. I Email dated 3/30/12 |
| | X | 9/21/2017 | | | Exh. Z Medical Redords of Pltf |
| | X | 9/21/2017 | Yes | Yes | Exh. T Medical Records of Pltf from St. Raphael |
| | X | 9/21/2017 | Yes | Yes | Exh. HH  ID Request Form |
| | X | 9/21/2017 | Yes | Yes | Exh. II  Email from Gaynor dated 7/11/11 |
| | X | 9/21/2017 | | | Dr. Smith, Sworn in |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | Jo Lynn Wilson  vs.  Yale University | CASE NO. 3:15cv207 RAR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | X | 9/21/2017 | Yes | Yes | Exh. L Email re: Gardinier dated 4/3/12 |
| | X | 9/21/2017 | Yes | Yes | Exh. I Email from Howell to Nolan & Smith dated 3/30/12 |
| | X | 9/21/2017 | Yes | Yes | Exh. J Email from Howell to Pltf, Horn, DeCarvalho & Smith dated 3/30/12 |
| | X | 9/21/2017 | Yes | Yes | Exh. K Email from Smith to Hummerstone & Howell dated 4/2/12 |
| X | | 9/21/2017 | Yes | | Exh. 7 Affidavit of Megan Smith |
| X | | 9/21/2017 | Yes | Yes | Exh. 8 Email letter dated 4/9/12 |
| | X | 9/22/2017 | | | Lisa Nolan, Sworn in |
| | | 9/22/2017 | Yes | | Court Exh. 1 Stipulation |
| | | 9/22/2017 | Yes | | Court Exh. 2 Note of jury foreman |
| | | 9/22/2017 | Yes | | Court Exh. 3 Verdict |

Page  2  of  2  Pages