UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



JO LYNN WILSON

V.                                                          NO. 3:15CV207(RAR)

YALE UNIVERSITY,

## JUDGMENT

This matter came before the Court for a trial by jury before the Honorable Robert A Richardson, United States Magistrate Judge; and

The issues having been duly tried and the jury having rendered its verdict on September 22nd, 2017 in favor of the defendant; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Yale University.

Dated at Hartford, Connecticut, this 25th day of September, 2017.

ROBIN D. TABORA, Clerk

By /s/ AB
Angela Blue
Deputy Clerk

EOD: 9/25/17