

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
|---|---|---|
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

September 27, 2017

**Patrick M. Noonan**
Donahue, Durham & Noonan
Concept Park
741 Boston Post Rd
Guilford, CT 06437

Dear Attorney Noonan:

RE:     Case Name:   Jo Lynn Wilson vs. Yale University
        Case Number:  3:15cv207 RAR

As the above matter has concluded in this court, enclosed is/are the following Plaintiff's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____/s/_____
    Angela Blue
    Deputy Clerk

ACKNOWLEDGMENT: _[signature]_ DATE _10/2/17_
For PATRICK M. Noonan