**UNITED STATES DISTRICT COURT**
**District of Connecticut**

_Jolyn Wilson_
_____
Plaintiff

v.

_Yale University_
_____
Defendant

Case No. No. 3:15CV 207(RAR)

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

10-25-2017
_____
Date

FILED
2017 OCT 25 PM 4 01
U.S. DISTRICT COURT
NEW HAVEN, CT.

_____
Filer's signature

Jolyn Wilson
_____
Printed name

1211 Elk Grove Blvd
_____
Address

New Haven CT 0651
_____
City, State, Zip Code

203-508-3523
_____
Telephone number

## CERTIFICATE OF SERVICE

I hereby certify that on _10-25-2017_, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_List here_:

_____
Filer's signature

Rev. 8/11/15