United States District Court
District of CT

Motion for New Trial

JoLynn Wilson
Plaintiff(s)

v

Yale University

Case No: 3:15CV207RAR
Civil Rights Case

FILED
2017 OCT 25 PM 4 02
U.S. DISTRICT COURT
NEW HAVEN, CT.

DATE: 10-25-2017

CASE NO:
3:15CV207(RAR)

# Motion for New Trial

I declare that:

1. Judge ignored Attorney — Joseph M. Marty — behaviors in this courtroom.

2. The Attorney did not submit the evidence to the Jury or the Judge that would have had a different result in the civil rights disability case.

3. Misrepresentations of duty to Represent in the court law.

4. Attorney — Joseph Marly — was sleep in court during Defendent's cross examination.

5. NO JUSTICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

10-25-2017