10/31/2017                                                                      Jo Lynn Wilson

**Jo Lynn Wilson**
September 22 ·

YALE UNIVERSITY WILL get A petition for a new trial, claiming evidence that would probably have resulted in a jury finding Of discrimination was not made available during this trial. Mishaps!! No NO 👎👎😠

Like        Comment      Share