# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

JoLynn Wilson
Plaintiff(s),

v.   Case No. NO. 3:15CV 207 (RAR)

Yale University
Defendant(s),

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:
(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

JoLynn Wilson
Name (print or type)

131 Ellis Grasso Blvd
Street Address

New Haven    CT    06511
City         State  Zip Code

(203) 508-5523
Telephone Number

FILED 2017 OCT 25 PM 4 01 U.S. DISTRICT COURT NEW HAVEN CT.

Rev. 6-2-17

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

JoLynn Willson
**Plaintiff(s),**

v.                                        Case No. No: 3:15 CV 207 (RAR)

Yale University
**Defendant(s).**

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____ Married ✓ Separated _____ Divorced _____
If separated or divorced, are you paying any support or any form of maintenance?
Yes _____ No ✓
Dependents: Spouse _____ Children # 3 Others # 1
and relationship 3 children        grandchild
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name Victoria Jeffries                                  Age 21
Name K.M.J. Jeffries                                    Age 16
Name J.M.J. Jeffries                                    Age 10
       S. Leir Smart                                    S

**RESIDENCE**
Street Address: 1311 Elk Grass Blvd, New Haven
City: New Haven         State: CT              06511

Rev.11/4/13

2