UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2018 MAR 14 P 1:49
U.S. DISTRICT COURT
NEW HAVEN, CT.

JO LYNN WILSON     CASE NO. 3:15cv207 (RAR)

V.

YALE UNIVERSITY     February 20, 2018

JUDGE: Robert A. Richardson

## MOTION TO VACATE JUDGMENT/ORDER CIVIL RULE 60

This case was tried before a jury in September of 2017. The jury returned a verdict in favor of defendant on September 25, 2017. Magistrate Robert A. Richards and Magistrate Donna Martinez allowed plaintiff's medical records which are relevant to Case No. 3:15cv207 (RAR) to be withheld/suppressed from jury. On October 25, 2017, plaintiff filed a motion for a new trial and the motion was denied under Federal Rule of Civil Procedure 59 (b). Under Federal Rule of Civil Procedure Rule 60 affords plaintiff Relief from a Judgment or Order.

(a) Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

(c) Timing and Effect of the Motion.

(1) Timing. A motion under Rule 60 (b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

(2) Effect on Finality. The motion does not affect the judgment's finality or suspend its operation.

(d) Other Powers to Grant Relief. This rule does not limit a court's power to:

(1) entertain an independent action to relieve a party from a judgment, order, or proceeding;

(2) grant relief under 28 U.S.C. §1655 to a defendant who was not personally notified of the action; or

(3) set aside a judgment for fraud on the court.

(e) Bills and Writs Abolished. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.

## CERTIFICATION

I hereby certify that, above-written date, a copy of the foregoing was filed and served by certified mail.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

                                                Respectfully submitted,

                                                J. L. Wilson
                                                By:
                                                Jo Lynn Wilson
                                                1311 Ella Grasso Blvd.
                                                New Haven, CT 06511
                                                Telephone: (203) 508-3523
                                                j.wilson45@yahoo.com
                                                PLAINTIFF