## The New Haven **M**ental Health **O**utreach for **M**others Partnership:
*Ensuring the emotional health of our city's families*

MOMS Partnership Guide Team:

Jessica Sager, JD
Co-Founder and Executive Director
All Our Kin
www.allourkin.org

Alice Forrester, PhD
Executive Director
Clifford Beers Clinic
www.cliffordbeers.org

Maria Damiani, MS, MPH,
Director, Maternal, Child & Family
Health Division
City of New Haven,
Department of Health,
www.cityofnewhaven.com/Health/

Kenn Harris, L.Min
Project Director
New Haven Healthy Start
The Community Foundation for
Greater New Haven
www.cfgnh.org

Joanne Samuel Goldblum, MSW
President and Founder
The Diaper Bank
thediaperbank.org

MOMS Partnership Staff:

Marijane Carey, MSW, MPH
Project Director
Carey Consulting
(203) 287-8953

Heather Howell, MSW
Social Worker
Yale School of Medicine
www.researchforher.com

Megan Smith, DrPH, MPH
Principal Investigator & Evaluator
Yale School of Medicine
www.researchforher.com

### Employment Opportunity: Community Health Interviewers

The New Haven MOMS Partnership is a group of city agencies focused on emotional health needs of pregnant and parenting women living in the City of New Haven.

We are hiring two individuals to interview mothers and pregnant women in New Haven. Work starts mid-December- Resumes due December 10th.

### General Responsibilities

We are hiring two local moms to interview other mothers in New Haven about their health, stress, and parenting.  Come join our team as we strive to reduce stress and improve the health of mothers in New Haven!!

*Employees work as a team, interviewing mothers and pregnant women who live in New Haven.
*Employees will receive excellent supervision and training, and have an opportunity to contribute their voice to this exciting project.
*Attend regular team meetings to receive training, learn about designing new projects, and contribute to creating health change benefiting New Haven's mothers.

*Requirements, Skills and Abilities*
1. Be at least 18 years old and a high school graduate; college courses a bonus but not necessary!
2. Have basic computer skills.
3. At least one employee MUST be bilingual Latina.
4. Have comfort and familiarity with all New Haven's neighborhoods.
5. Communicate clearly, be organized, be professional.

**Mothers who live in New Haven get top priority for these jobs.**

*Work schedule and Payment*
Work schedule: Dec 2010 – July 2011, $17 per hour.
10-15 hours per week (including some evening/saturdays)
We provide bus passes for local transportation within the city

Please write/email if you're interested in this job!!
Heather Howell, New Haven MOMS Project
142 Temple Street, #301, New Haven, CT  06510
Heather.howell@yale.edu

2018 MAR 14 P 2:22
U.S. DISTRICT COURT
NEW HAVEN, CT.
FILED

*Supported by the Department of Health and Human Services*
*Office on Women's Health  womenshealth.gov*

# Yale *Human Resources*

January 15, 2012

PO Box 208256
New Haven CT 06520-8256
www.yale.edu/hronline

*courier*
221 Whitney Avenue
New Haven CT 06511

Jo Wilson
Psychiatry
142 Tem
MPSY O S A Other 727109
Mail Code 143

RE:  2012 Contractual Wage Adjustments – Local 34

The agreement between the University and Local 34 provides for an annual wage increase.  This year's increase is effective January 15, 2012 and will be reflected in the January 26, 2012 paycheck.

Your new hourly rate is $17.98.

If you have any questions concerning the wage adjustment, please contact your Business Office first, and if necessary, the Employee Service Center at 203-432-5552 or Employee.Services@yale.edu.

(31 unread) - jo.wilson45 - Yahoo Mail



🔍 All ⌄    Search                Search Mail    Search web    🏠 Home    Jolynn    ⚙

MOMS Total s

✏ Compose          ← ⟨⟨ →    🗑 Delete    📁 Move ⌄    ✖ Spam ⌄    ••• More ⌄        ⬄ Collapse all    ⬆ ⬇ ✕

Inbox (31)          MOMS Total sample size (2)                    People

Drafts (42)
Sent               **Heather Howell**                          08/29/11 at 2:07 PM

Spam (528)
Trash (121)        **Megan Smith** <megan.smith@yale.edu>      08/29/11 at 9:09 PM
                   To  Heather Howell
> Smart views      CC  Marijane Carey, WILSON, JOLYNN

⌄ Folders (13)     ~~Wow!!!!!! This is phenomenal. Jo, amazing job. Hope to see you all~~
                   ~~soon.~~
  Drafts (13)
  Outbox           On Aug 29, 2011, at 2:08 PM, "Heather Howell"
  Synced Messages  <Heather.Howell@yale.edu> wrote:
  untitled
                   > thanks to ~~Jolynn's efforts~~ in the last few months of the
                   > project, we have a total and final MOMS Partnership sample of 513
                   > women interviewed.
                   >
                   > (: Heather
                   >
                   > --
                   > ~ ~ Please note: I am not in the office on Fridays. ~ ~
                   >
                   > Heather B Howell, MSW, LCSW
                   > Social Worker, Dept of Psychiatry
                   > Yale School of Medicine
                   > 142 Temple St, #301
                   > New Haven, CT  06510
                   > Tel (203) 764-6615, Fax (203) 764-6766
                   >
                   >
                   >

                   ↩ Reply    ⟨⟨ Reply to All    → Forward    ••• More

                   Click to Reply, Reply all or Forward

                   Send    📎  Tt  **B**  *I*  🅰  ☰  ⫶☰  ☰  🔗  ☺  ⟪        ⊕

My Benefits

Yale - 02-08-2012

# My Benefits

Our health and wellness benefits are available to help you achieve total health.

**Other Resources**

Check your current health and insurance coverage and plan information.

- View My Health & Insurance
- Working@Yale
- Corporate Benefit
- Benefits Website
- Human Resources
- Employee Service Center
- Submit Qualified Orders (QDRO/QMSCS)
- MyTime

| My Total Benefit Investment | | $16,944 |
|---|---|---|

| Health Plans | My Contribution | Yale's Contribution |
|---|---|---|
| **Medical** | $0 | $16,356 |
|   ■ Current plan: Yale Health Plan | | |
|   ■ Current coverage: Employee + Family | | |
| **Dental** | $917 | $459 |
|   ■ Current plan: Delta Dental Plan | | |
|   ■ Current coverage: Employee + Family | | |
| **Total Health Plans** | $1,144 | $16,815 |

| Disability | My Contribution | Yale's Contribution |
|---|---|---|
| **Long-Term Disability** | University-Paid | $124 |
|   ■ Coverage level: 60% of Base Monthly Earnings to a max of $7500 with a 180 day elimination period | | |
| **Total Disability** | $0 | $124 |

| Life, Travel & Accident | My Contribution | Yale's Contribution |
|---|---|---|
| **Group Life Insurance** | University-Paid | $5 |
|   ■ Coverage level: Flat Amount $5,000.00 | | |
| **Supplemental Life Insurance** | $142 | |
|   ■ Coverage level: 5x Annual Salary $89,000.00 | | |
| **MEDEX Travel Assistance** | | University-Paid |
| MEDEX provides international and domestic emergency medical, security, and travel assistance services anywhere in the world for employees travelling on business or pleasure more than 100 miles from home. You and any family member travelling with you are automatically covered under this University paid benefit. | | |
| **Business Travel Insurance** | | University-Paid |
| You are automatically covered under the University's business travel accident policy which provides a monetary benefit to you in the event of accidental dismemberment or death while traveling on University business. Actual benefit varies by job classification not to exceed $1,000,000. | | |
| **Total Life, Travel & Accident** | $142 | $5 |

| Flexible Spending Accounts (FSA) | My Contribution | Yale's Contribution |
|---|---|---|
| **Health Care Expense Reimbursement Account** | $0 | — |
| You are currently not enrolled. | | |
| **Child/Dependent Care Expense Reimbursement Account** | $0 | — |
| You are currently not enrolled. | | |
| **Total Flexible Spending Accounts** | $0 | $0 |

**Commuter Benefits Program**
- Transit: You are currently not enrolled.
- Off-Campus Parking: You are currently not enrolled.

**Tuition Reimbursement Program**
Tuition Reimbursement offers you financial assistance for courses that help you in your current role or prepare you for a role you could reasonably expect to hold in the future. Yale will reimburse full-time staff with less than five years of service for 75% of their course tuition and lab fees (up to $2,300 per calendar year for Clerical and Technical staff and up to $3,000 per calendar year for Managerial and Professional staff). Full time staff with five years or more of service are reimbursed for 100% of the cost of their tuition and lab fees (up to $4,600 per calendar year for Clerical and Technical staff and up to $5,250 per calendar year for Managerial and Professional staff).

**Disclaimer**

Hewitt Associates does not give any warranty or other assurance as to the operation, quality, or functionality of the site. Access to the site may be interrupted, restricted, or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness, or fitness for any particular purpose.

# Yale  My Pay and Info

Logout

| Payslip | Personal Information | Race and Ethnicity | Direct Deposit | Tax Info (W4) | Tax Info (W2) |

## Payslip

Employee Name **Jo Wilson**
Organization Email Address **jo.wilson@yale.edu**

Employee Number **126840**
Business Group **Yale University**

☑ TIP PLEASE NOTE: The order of the My Pay and Info tabs has changed. If you need to update your personal information, please click on the Personal Information tab above to the right of the Payslip tab.

Choose a Payslip  [ 09-FEB-2012 - 126840 ▾ ]  ( Go )

☐ Display printable Payslip

☑ TIP To view the printable Payslip, check the box and click **Go**. To return to the previous screen, uncheck the box and click **Go**.

Employee **Jo L. Wilson**
Employee Address **1311 Ella Grasso Blvd**
**New Haven**
**CT**
**06511**

## Pay Period and Salary

| Pay Period | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary | Payment Date |
|---|---|---|---|---|---|
| Week | 29-Jan-2012 | 04-Feb-2012 | 17.98 | 17.98 | 09-Feb-2012 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 359.60 | 167.24 | 46.99 | 1.35 | 144.02 |
| **YTD** | 2,136.00 | 506.98 | 382.02 | 2.70 | 1,244.30 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday Pay | | | | 0.00 | | 212.88 |
| Recess Pay | | | | 0.00 | | 281.92 |
| Time Entry Wage | | | 20.00 | 359.60 | | 1,641.20 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| EE Delta CT SM | 17.64 | 88.20 |
| EE Vision Enhanced | 4.38 | 21.90 |
| Emp Contrib 403b | 143.84 | 394.12 |
| Life Pre Tax | 1.38 | 2.76 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 15.10 | 158.57 |
| Social Security | 14.12 | 84.97 |
| Medicare | 4.88 | 29.34 |
| CT State Tax | 12.89 | 109.14 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Post Tax Life Insurance | 1.35 | 2.70 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Single | 0 | 0.00 | 0.00 | 0 |
| Connecticut | No Tax Form on File | 0 | 0.00 | 0.00 | 0 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 5349203 | | | | 144.02 |

**TP Pay Distribution**

☑ **TIP** Third-Party payments (i.e. wage garnishments)

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |

Payslip  |  Personal Information  |  Race and Ethnicity  |  Direct Deposit  |  Tax Info (W4)  |  Tax Info (W2)  |  Logout

Copyright (c) 2006, Oracle. All rights reserved. Privacy Statement

**Subject:**    Fw: federal site visit

**From:**      Jolynn Wilson (jo.wilson45@yahoo.com)

**To:**        Heather.Howell@yale.edu;

**Date:**     Tuesday, 9 August 2011 4:03 PM

HELLO HEATHER,

WHAT EVER YOU NEED LET ME KNOW!

SEE YOU SOON.

JO

----- Forwarded Message ----
**From:** Heather Howell <Heather.Howell@yale.edu>
**To:** Karen Juarez <luvlykari3@sbcglobal.net>; "WILSON, JOLYNN" <jo.wilson45@yahoo.com>
**Sent:** Tue, 9 August, 2011 12:59:51 PM
**Subject:** federal site visit

ok ladies- here's what I know and what I'm asking if you can fit into your schedules.

Sunday evening Aug 21, small dinner with the project officer, I can pay for your food but not the time on your timesheet (I'm hoping that's an ok deal- we're probably eating at Scoozi's, if you want to study the menu for your bargaining power).
Monday Aug 22 breakfast starting at 8:30 here at the office, followed by a guide team meeting at All Our Kin.  So I would ask you to work 8-11ish.
Then you're free until the 3pm reception at Community Foundation, I'm guessing that would be ~3-5, but maybe it won't go that long.  You can put your Monday hours on the timesheet, of course.
I'll need your help, also, doing some preparation of handout materials for Ms James (our visitor)-- I'll be more specific once I get organized.

Please confirm that these dates/times work for you, or let me know asap if they don't.
Muchas gracias!!  (That's spanish for "you're great!!")
-H

-- Heather B Howell, MSW, LCSW
Social Worker, Dept of Psychiatry
Yale School of Medicine
142 Temple St, #301
New Haven, CT  06510
Tel (203) 764-6615, Fax (203) 764-6766

**Wilson, Jo**

| | |
|---|---|
| **From:** | MJCarey95@aol.com |
| **Sent:** | Saturday, January 21, 2012 1:04 AM |
| **To:** | Smith, Megan |
| **Cc:** | heather.howell@yale.edu; Wilson, Jo |
| **Subject:** | Re: Jolyn is a star! |

OMG! I just got a chance to read the article. Could it be any better!

I will forward this to the GT right away and prepare an email about the press conference for advisory committee members that I will copy to the GT.

Marijane

In a message dated 1/20/2012 3:51:30 P.M. Eastern Standard Time, megan.smith@yale.edu writes:

http://www.newhavenindependent.org/index.php/archives/entry/moms/

1



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
|---|---|---|
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

September 27, 2017

**Patrick M. Noonan**
**Donahue, Durham & Noonan**
**Concept Park**
**741 Boston Post Rd**
**Guilford, CT 06437**

Dear Attorney Noonan:

RE:       Case Name:   Jo Lynn Wilson vs. Yale University

              Case Number:   3:15cv207 RAR

As the above matter has concluded in this court, enclosed is/are the following Plaintiff's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____/s/_____
    Angela Blue
    Deputy Clerk

ACKNOWLEDGMENT: _____ DATE _____10/2/17_____

For PATRICK M Noonan

03/30/2012 FRI 12:06  FAX                                                              ☑002/002

## Patient Visit Summary and Instructions

Hospital of St. Raphael Occupational Health Plus
175 Sherman Avenue
New Haven, CT 06511
203-789-3721

| PATIENT LAST NAME | | PATIENT FIRST NAME | | AGE | GENDER |
|---|---|---|---|---|---|
| Wilson | | JoLynn | | 45 | Female |
| DATE OF TREATMENT | DATE OF INJURY OR ILLNESS | PRACTITIONER'S NAME | | | |
| 03/29/2012 | 03/20/2012 | Stephen E. Lee, MPA-C | | | |
| TIME ARRIVE 4:13 PM | | TIME IN 4:30 PM | | TIME OUT 5:02 PM | |

**PATIENT'S DESCRIPTION OF PROBLEM**

Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

**DIAGNOSIS**

1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

**MEDICATIONS PRESCRIBED**

**WORK OR ACTIVITY RESTRICTIONS**

The patient's recommended work status is restricted duty. The effective date for this work status is 3/29/2012.

Restrictions: Out of work until 4/2/2012. Then restricted duty as follows. Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. No constant bending, twisting of the neck or waist. Avoid overhead work.

**AFTERCARE INSTRUCTIONS**

Use ice/heat applications as directed. Contact the clinic if you have side effects. Be rechecked immediately if your condition worsens or you experience symptoms such as numbness in your legs or feet, bowel or bladder leaking, or uncontrolled pain. Return in one week.

**NEXT 5 APPOINTMENTS**

| 04/05/2012 | 3:00 PM | Follow-up Exam | Stephen E. Lee, MPA-C | New Haven |

| PATIENT | STAFF MEMBER |
|---|---|
| I received this information and was given the opportunity to ask the clinician questions about my care. | I reviewed this information with the patient. The patient understanding. |

PLAINTIFF'S EXHIBIT

# HeartCare

ASSOCIATES OF CONNECTICUT, LLC

Marian Vulpe, M.D.

2200 Whitney Avenue, Suite 180, Hamden, Connecticut 06518.
(203) 407-2500    Fax (203) 407-2559

FAMILY AND INTERNAL MEDICINE OF DIXWELL AVENUE
2543 DIXWELL AVE NEW HAMDEN, CT 06514
PHONE (203) 601-4956    FAX (203) 848-2483 FAX
BABU KUMAR M.D.   DEA# BK3565378   LIC # D39595 (07)
SUNI JACOB, APRN   DEA# M11901845   LIC # 003301 (07)

NAME:

ADDRESS:







You're seeing Basic Mail because you're using an unsupported Internet browser.  Upgrade your browser or get the mobile app for the full Yahoo experience.
Don't show this again.

Jolynn   Profile        Sign Out   Home

Inbox   Contacts

Compose

Delete   Reply   Reply All   Forward   Actions        Apply

Inbox (1676)

Drafts (29)

Sent

Spam (1433)      [Empty]

Trash            [Empty]

My Folders       [Edit]

Drafts (10)

Synced Message...

untitled

Shopx9h        80%OFF Coachs's Bags
Sponsor        Grab Cheap Coachs's

HR Notification from Yale      Friday, 13 April, 2012 9:47 AM

From:   "Smith    Megan" <megan.smith@yale.edu>

To:     "jo.wilson45@yahoo.com"
        <jo.wilson45@yahoo.com>

Cc:     "Nolen    Lisa" <lisa.nolen@yale.edu>

Full Headers  Printable View

1 Files    118KB    Download All

PDF   118KB
HR pdf.pdf

Save

Dear Jolynn,

Please see the attached letter which was mailed to your home residence yesterday, April 12th.

If you have any questions please contact Lisa Nolen at 203-785-2113.

Sincerely,

Megan

Sponsored

Shopx9hot
80%OFF Coachs's Bags Sale

YAHOO!
AUTOS

Up-to-the-minute automotive news, reviews, and research.

Take a look

Delete   Reply   Reply All   Forward   Actions        Apply

Compose

Case 3:15-cv-00207-RAR   Document 122   Filed 06/02/16   Page 6 of 6
Case 3:15-cv-00207-RAR   Document 73   Filed 03/16/17   Page 12 of 12



Yale University School of Medicine
Department of Psychiatry

April 11, 2012

Ms. Jo Lynn Wilson
1311 Ella Grasso Blvd
New Haven, CT  06511

Dear Jo Lynn,

Article V, Secton 1 (d) of the Agreement between Yale University and Local 34, Federation of University Employees states that a staff member who is absent from work for five (5) or more consecutive working days without notifying his/her Supervisor shall be deemed to have voluntarily resigned his/her employment with the University.

Your absence from April 2 through April 9, 2012 without contacting your supervisor falls within these guidelines.  This letter is written notification that we consider you to have voluntarily resigned your position with Yale University.

Any University belongings must be returned to me immediately.  Please contact me directly to set up a mutually agreeable time to do so.

Your health and dental insurance will continue through May 2012.  You have rights to continue your health insurance coverage beyond this date.  Material concerning this option will be mailed to you.  However, you may contact the Employee Service Center for more information at 203-432-5552.

If you have any questions please contact your HR Generalist, Lisa Nolen, at 203-785-2113.

Sincerely,

Megan V. Smith, Ph.D.

cc:   Lisa Gray, Labor Relations
      Lisa Nolen, Human Resource Generalist, Dept. of Psychiatry



| | |
|---|---|
| BODY PART DESC | MULTIPLE BODY PARTS |
| SIDE OF BODY | Unknown |
| LOSING TIME | Unknown |
| MODIF DUTY | false |
| INJURY DURING EMP IND | Y |
| DRUGS ALCOHOL INVOLVED IND | N |
| ON PREMESIS IND | N |
| SAFEGAURDS IND | N |
| OCCURRENCE LOCATION | Quinniplac Terrace park/playground |
| OCCURRENCE ADDRESS | 2 John Williamson Dr |
| OCCURRENCE CITY | New Haven |
| OCCURRENCE STATE | CT |
| OCCURRENCE ZIPCODE | 06513 |
| INJURY EVENTS | On march 20th I fell while working at the park at quinnplac terrace.. when I fell I hit my head and injured my right ankle an lower back...I did sustain an injury. |
| PREPARER FIRST NAME | Heather |
| PREPARER LAST NAME | Howell |
| PREPARER TELEPHONE | 2037646615 |
| DATE PREPARED | 03/29/2012 |
| USER ID | 9841305 |
| EMAILCOPY | Y |
| ORIGINATOR EMAIL | workers.compensation@yale.edu,risk.management@yale.edu,ehs@yale.edu, lisa.nolen@yale.edu,,megan.smith@yale.edu,,heather.howell@yale.edu |
| PI | 13693012 |
| rg Number | 727109 |
| ddl. Injury Info? | |
| loor of Incident | |
| oom Number | |
| ccident Site Type | |
| ame of Lead Admin | |

** The information contained in this e-mail message and any attachments transmitted with it are private, are intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. If you have received this e-mail message in error, please immediately notify the sender by reply e-mail and delete the message. You should not print, copy, transmit, or otherwise disseminate the information contained in this e-mail message. Any use of this information other than by the intended recipient is prohibited. **



# Patient Visit Summary and Instructions

### Hospital of St. Raphael Occupational Health Plus
### 175 Sherman Avenue
### New Haven, CT 06511
### 203-789-3721

| PATIENT LAST NAME | | PATIENT FIRST NAME | | AGE | GENDER |
|---|---|---|---|---|---|
| Wilson | | JoLynn | | 45 | Female |

| DATE OF TREATMENT | DATE OF INJURY OR ILLNESS | PRACTITIONER'S NAME | | | |
|---|---|---|---|---|---|
| 03/29/2012 | 03/20/2012 | Stephen E. Lee, MPA-C | | | |

| TIME ARRIVE 4:13 PM | TIME IN 4:30 PM | TIME OUT 5:02 PM |
|---|---|---|

**PATIENT'S DESCRIPTION OF PROBLEM**

Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

**DIAGNOSIS**

1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

**MEDICATIONS PRESCRIBED**

**WORK OR ACTIVITY RESTRICTIONS**

The patient's recommended work status is restricted duty. The effective date for this work status is 3/29/2012.

Restrictions: Out of work until 4/2/2012. Then restricted duty as follows. Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. No constant bending, twisting of the neck or waist. Avoid overhead work.

**AFTERCARE INSTRUCTIONS**

Use ice/heat applications as directed. Contact the clinic if you have side effects. Be rechecked immediately if your condition worsens or you experience symptoms such as numbness in your legs or feet, bowel or bladder leaking, or uncontrolled pain. Return in one week.

**NEXT 5 APPOINTMENTS**

| 04/05/2012 | 3:00 PM | Follow-up Exam | Stephen E. Lee, MPA-C | New Haven |
|---|---|---|---|---|

| PATIENT | STAFF MEMBER |
|---|---|
| I received this information and was given the opportunity to ask the clinician questions about my care. | I reviewed this information with the patient. The patient verbalized understanding. |

 **Hospital of Saint Raphael**

## Saint Raphael's Occupational Health Plus
### INITIAL EXAM

Patient Name: JoLynn Wilson
DOB: October 26, 1966

Injury Date: March 20, 2012
Exam Date: March 29, 2012

Treating Physician: Stephen E. Lee, MPA-C

DEMOGRAPHICS: JoLynn Wilson is a 45 year-old female, employee of Yale University Health Service, right-handed, research aide.

CHIEF COMPLAINT: Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

HISTORY OF PRESENT ILLNESS: The patient's primary problem is pain located in the head, low back, right shoulder, right ankle. She describes it as aching. She considers it to be widespread. It has been 9 days since the onset of the pain. The patient says that it seems to be constant. She has noticed that it is made worse by walking and putting pressure on right leg. She also notes that it is accompanied by headache. She feels it is not improving. Her pain level is 8/10. Patient went to work next day after fall, 03/21/2012 but due to pain and headache is staying home since 03/23/2012. Review of systems, past medical history, social history, current medications, allergies, and vital signs are in the confidential medical file and were reviewed.

PHYSICAL EXAMINATION:

OBSERVATION: Well-developed, well-nourished adult in no distress. The patient is alert and oriented to time, place and person. Gait is normal. The patient is a well-developed, well-nourished adult in no apparent distress. Transfer from sitting to standing is normal. Thoracic kyphosis is normal. The patient stands erect. Heel/toe movement is normal. Lumbar lordosis is normal.

HEAD: No evidence of ecchymosis, edema, erythema, open wound or abrasion. There is no tenderness to palpation and no palpable defects.

UPPER EXTREMITIES:

Shoulders: Tenderness - negative. ROM - full.

Upper arms: No swelling. Mild tenderness right tricep.

Elbows: Tenderness - negative. ROM - full.

Forearms: Tenderness - negative.

Wrists: Tenderness - negative. ROM - full.

Hands: Tenderness - negative. ROM - full.

LOWER EXTREMITIES:

Hospital of St. Raphael Occupational Health Plus
JoLynn Wilson
DOB: October 26, 1966
March 29, 2012
Page - 2

Hips: Tenderness - negative. ROM - full.

Knees: Tenderness - negative. ROM - full.

Lower legs: Tenderness - negative.

Ankles: Tenderness - negative. ROM - full.

Feet: Tenderness - negative. ROM - full.

NEUROLOGIC: Strength and light touch sensation are intact throughout extremities. DTR's of the upper and lower extremities are symmetric. No focal neurologic findings. DTR's of biceps, triceps and brachioradialis are 2+/4+. bilaterally. Muscle strength in the upper extremities is intact. Motor function of the upper extremities is intact. Sensation in the upper extremities is intact. Distal pulses are 2+/4+. DTRs of the knees and ankles are 2+/4+ bilaterally. Great toe, anterior tibialis, and peroneus muscle strength are intact. Motor function of the lower extremities is intact. Sensation in the lower extremities is intact.

THORACOLUMBAR SPINE:

PALPATION/TENDERNESS: Vertebrae - negative. Paraspinal muscles - mild lumbar tenderness. Trapezius muscles - negative. Rhomboid - mild tenderness bilaterally. Latissimus - negative. S-I joint - negative. Sciatic notches - negative. Gluteal - negative.

ROM: Flexion is full. Extension is full. Rotation is full. Side flexion is full. SLR to 45* bilaterally. Lower extremity flexibility is good.

CERVICAL: No tenderness. Flexion is full. Extension is full. Rotation is full.

SHOULDERS: No tenderness. Flexion is full. Abduction is full. Impringement signs - negative.

DIAGNOSIS: 1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

MEDICAL DECISION MAKING: The described mechanism of injury is consistent with the objective findings on the physical examination. The usual course of treatment for this condition was reviewed with the patient. We discussed the patient's work status. The patient was given an opportunity to ask questions. The patient verbalizes understanding of the plan of care. The employer was notified of all of the above. Will consider physical therapy on the next visit if no significant progress is made.

MEDICAL CAUSATION: The cause of this problem is related to work activities. Work related.

WORK CAPACITY: The patient's recommended work status is restricted duty. The effective date for this work status is 3/29/2012.

RECOMMENDED ACTIVITY RESTRICTIONS:

Out of work until 4/2/2012. Then restricted duty as follows. Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. No constant bending, twisting of the neck or waist. Avoid overhead work.

AFTERCARE INSTRUCTIONS: Use ice/heat applications as directed. Contact the clinic if you have side effects. Be rechecked immediately if your condition worsens or you experience symptoms such as numbness in your legs or feet, bowel or bladder leaking, or uncontrolled pain. Return in one week.

**Stephen E. Lee, MPA-C**                    **Peter Amato, MD**


**Hospital of
Saint Raphael**

**Saint Raphael's Occupational Health Plus
FOLLOW-UP EXAM**

Patient Name:  JoLynn Wilson
DOB: October 26, 1966

Injury Date:  March 20, 2012
Exam Date:  April 3, 2012

Treating Physician: John Pito, MD

DEMOGRAPHICS: JoLynn Wilson is a 45 year-old female, employee of Yale University Health Service, right-handed, research aide.

CHIEF COMPLAINT: Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

HISTORY OF PRESENT ILLNESS: The patient's primary problem is pain located in the head, low back, right shoulder, right ankle. She describes it as aching, sharp. She considers it to be widespread. It has been 14 days since the onset of the pain. The patient says that it seems to be constant. She has noticed that it is made worse by weight bearing with the right leg. She also notes that it is accompanied by headache. She feels it is not improving. Her pain level is 8/10. Patient went to work next day after fall, 03/21/2012  but due to pain and headache is staying home since 03/23/2012. Review of systems, past medical history, social history, current medications, allergies, and vital signs are in the confidential medical file and were reviewed.

PHYSICAL EXAMINATION:

OBSERVATION: Well-developed, well-nourished adult in no distress. The patient is alert and oriented to time, place and person. Gait is normal. The patient is a well-developed, well-nourished adult in no apparent distress. Transfer from sitting to standing is normal. Thoracic kyphosis is normal. The patient stands erect. Heel/toe movement is normal. Lumbar lordosis is normal.

HEAD: No evidence of ecchymosis, edema, erythema, open wound or abrasion. There is no tenderness to palpation and no palpable defects.

UPPER EXTREMITIES:

Shoulders: Tenderness - negative. ROM - full.

Upper arms: No swelling. Mild tenderness right tricep.

Elbows: Tenderness - negative. ROM - full.

Forearms: Tenderness - negative.

Wrists: Tenderness - negative. ROM - full.

Hands: Tenderness - negative. ROM - full.

LOWER EXTREMITIES:

Hospital of St. Raphael Occupational Health Plus
JoLynn Wilson
DOB: October 26, 1966
April 3, 2012
Page - 2

Hips: Tenderness - negative. ROM - full.

Knees: Tenderness - negative. ROM - full.

Lower legs: Tenderness - negative.

Ankles: Tenderness - negative. ROM - full.

Feet: Tenderness - negative. ROM - full.

NEUROLOGIC: Strength and light touch sensation are intact throughout extremities. DTR's of the upper and lower extremities are symmetric. No focal neurologic findings. DTR's of biceps, triceps and brachioradialis are 2+/4+. bilaterally. Muscle strength in the upper extremities is intact. Motor function of the upper extremities is intact. Sensation in the upper extremities is intact. Distal pulses are 2+/4+. DTRs of the knees and ankles are 2+/4+ bilaterally. Great toe, anterior tibialis, and peroneus muscle strength are intact. Motor function of the lower extremities is intact. Sensation in the lower extremities is intact.

THORACOLUMBAR SPINE:

PALPATION/TENDERNESS: Vertebrae - negative. Paraspinal muscles - mild lumbar tenderness. Trapezius muscles - negative. Rhomboid - mild tenderness bilaterally. Latissimus - negative. S-I joint - negative. Sciatic notches - negative. Gluteal - negative.

ROM: Flexion is full. Extension is full. Rotation is full. Side flexion is full. SLR to 45* bilaterally. Lower extremity flexibility is good.

CERVICAL: No tenderness. Flexion is full. Extension is full. Rotation is full.

SHOULDERS: No tenderness. Flexion is full. Abduction is full. Impringement signs - negative.

DIAGNOSIS: 1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

MEDICAL DECISION MAKING: The patient has not been stretching. Spent considerable time instructing patient on stretching and frequency throughout the day to improve condition. We discussed the patient's work status. The patient was given an opportunity to ask questions. The patient verbalizes understanding of the plan of care. The employer was notified of all of the above. Will consider physical therapy on the next visit if no significant progress is made.

MEDICAL CAUSATION: The cause of this problem is related to work activities. Work related.

WORK CAPACITY: The patient's recommended work status is restricted duty. The effective date for this work status is 4/4/2012.

RECOMMENDED ACTIVITY RESTRICTIONS:

Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. Stretch as directed. Avoid overhead work. Out of work rest of shift today.

AFTERCARE INSTRUCTIONS: Stretch as directed. Keep follow up appointment.

**John Pito, MD**                                    **Peter Amato, MD**

# Patient Visit Summary and Instructions

## Hospital of St. Raphael Occupational Health Plus
### 175 Sherman Avenue
### New Haven, CT 06511
### 203-789-3721

| PATIENT LAST NAME | | PATIENT FIRST NAME | | DATE OF BIRTH |
|---|---|---|---|---|
| Wilson | | JoLynn | | 10/26/1966 |

| DATE OF TREATMENT | DATE OF INJURY OR ILLNESS | PRACTITIONER'S NAME | |
|---|---|---|---|
| 04/05/2012 | 03/20/2012 | Stephen E. Lee, MPA-C | |

| TIME ARRIVE 3:51 PM | TIME IN 4:02 PM | TIME OUT 4:34 PM |
|---|---|---|

**PATIENT'S DESCRIPTION OF PROBLEM**

Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

**DIAGNOSIS**

1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

**MEDICATIONS PRESCRIBED**

**WORK OR ACTIVITY RESTRICTIONS**

The patient's recommended work status is restricted duty. The effective date for this work status is 04/05/2012.

Restrictions:  Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. No constant bending, twisting of the neck or waist. Avoid overhead work.

**AFTERCARE INSTRUCTIONS**

Stretch as directed. You will be discharged from OHP, but advised to return if you experience any problems. You are advised to follow up with your primary care physician as directed. You will be referred to Orthopedics, for further evaluation when we receive authorization from the insurance company.

**NEXT 5 APPOINTMENTS**

**PATIENT**
I received this information and was given the opportunity to ask the clinician questions about my care.

**STAFF MEMBER**
I reviewed this information with the patient. The patient verbalized understanding.

### Yale-New Haven Hospital

## INJURED WORKER TREATMENT REPORT

<u>CONFIDENTIAL</u>

| | | | |
|---|---|---|---|
| **NAME:** | Wilson, JoLynn | **SS#:** | 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 |
| **DATE OF VISIT:** | 04/05/2012 | **CLINIC SITE:** | New Haven |
| **COMPANY:** | Yale University Health Service | **JOB:** | |
| **DATE OF INJURY:** | 03/20/2012 | | |

DEMOGRAPHICS: JoLynn Wilson is a 45 year-old female, employee of Yale University Health Service, right-handed, research aide.

CHIEF COMPLAINT: Head, shoulder, low back and ankle injuries after falling down and hitting head on monkey bar at park.

HISTORY OF PRESENT ILLNESS: The patient's primary problem is pain located in the head, low back, right shoulder, right ankle. She describes it as aching, sharp. She considers it to be widespread. It has been 16 days since the onset of the pain. The patient says that it seems to be constant. She also notes that it is accompanied by headache. She feels it is getting worse and she is becoming frustrated. Her pain level is 8/10. Patient went to see her PMP. She is taking Motrin without a relief. She denies radicular pain, motor or sensory problems, bowel/bladder problems, or fever or chills. Review of systems, past medical history, social history, current medications, allergies, and vital signs are in the confidential medical file and were reviewed.

PHYSICAL EXAMINATION:

OBSERVATION: Well-developed, well-nourished adult in no distress. The patient is alert and oriented to time, place and person. Gait is normal. The patient is a well-developed, well-nourished adult in no apparent distress. Transfer from sitting to standing is normal. Thoracic kyphosis is normal. The patient stands erect. Heel/toe movement is normal. Lumbar lordosis is normal.

HEAD: No evidence of ecchymosis, edema, erythema, open wound or abrasion. There is no tenderness to palpation and no palpable defects.

UPPER EXTREMITIES:

Shoulders: Tenderness - negative. ROM - full.

Upper arms: No swelling. Mild tenderness right tricep.

Elbows: Tenderness - negative. ROM - full.

Forearms: Tenderness - negative.

Wrists: Tenderness - negative. ROM - full.

Hands: Tenderness - negative. ROM - full.

**NAME:**   Wilson, JoLynn          **SS#:**   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

LOWER EXTREMITIES:

Hips: Tenderness - negative. ROM - full.

Knees: Tenderness - negative. ROM - full.

Lower legs: Tenderness - negative.

Ankles: Tenderness - negative. ROM - full.

Feet: Tenderness - negative. ROM - full.

NEUROLOGIC: Strength and light touch sensation are intact throughout extremities. DTR's of the upper and lower extremities are symmetric. No focal neurologic findings. DTR's of biceps, triceps and brachioradialis are 2+/4+. bilaterally. Muscle strength in the upper extremities is intact. Motor function of the upper extremities is intact. Sensation in the upper extremities is intact. Distal pulses are 2+/4+. DTRs of the knees and ankles are 2+/4+ bilaterally. Great toe, anterior tibialis, and peroneus muscle strength are intact. Motor function of the lower extremities is intact. Sensation in the lower extremities is intact.

THORACOLUMBAR SPINE:

PALPATION/TENDERNESS: Vertebrae - negative. Paraspinal muscles - mild lumbar tenderness. Trapezius muscles - negative. Rhomboid - mild tenderness bilaterally. Latissimus - negative. S-I joint - negative. Sciatic notches - negative. Gluteal - negative.

ROM: Flexion is full. Extension is full. Rotation is full. Side flexion is full. SLR to 45* bilaterally. Lower extremity flexibility is good.

CERVICAL: No tenderness. Flexion is full. Extension is full. Rotation is full.

SHOULDERS: No tenderness. Flexion is full. Abduction is full. Impringement signs - negative.

DIAGNOSIS: 1. Contusion - multiple (924.8). 2. Sprain/Strain, Thoracic/Lumbar (847.2).

MEDICAL DECISION MAKING: The patient has not been stretching. Spent considerable time instructing patient on stretching and frequency throughout the day to improve condition. We discussed the patient's work status. The patient was given an opportunity to ask questions. The patient verbalizes understanding of the plan of care. The employer was notified of all of the above. Patient has seen Primary Care Provider for this injury and requests to be under their care. I recommend she be referred to an orthopedic specialist for further evaluation and treatment, pending authorization. She will be discharged from OHP to their care.

MEDICAL CAUSATION: The cause of this problem is related to work activities. Work related.

WORK CAPACITY: The patient's recommended work status is restricted duty. The effective date for this work status is 04/05/2012.

RECOMMENDED ACTIVITY RESTRICTIONS:

Allow to change positions between sitting, standing, and walking often and as needed for comfort. No lifting > 5-10 lbs. No constant bending, twisting of the neck or waist. Avoid overhead work.

**NAME:**    Wilson, JoLynn                          **SS#:**        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

AFTERCARE INSTRUCTIONS: Stretch as directed. You will be discharged from OHP, but advised to return if you experience any problems. You are advised to follow up with your primary care physician as directed. You will be referred to Orthopedics, for further evaluation when we receive authorization from the insurance company.


Stephen E. Lee, MPA-C

Peter Amato, MD

# HeartCare
### ASSOCIATES OF CONNECTICUT, LLC

Marian Vulpe, M.D.

2200 Whitney Avenue, Suite 180, Hamden, Connecticut 06518
(203) 407-2500   Fax (203) 407-2559

---

**FAMILY AND INTERNAL MEDICINE OF DIXWELL AVENUE**
2543 DIXWELL AVENUE, HAMDEN, CT 06514
PHONE: (203) 691-4956   FAX: (203) 848-2482 (FAX)

BABU KUMAR, M.D., DEA# BK3669376, LIC. # 032892 (CT)
SUNI JACOB, APRN, DEA# MJ1309845, LIC. # 003301 (CT)

NAME _____  AGE _____

ADDRESS _____  DATE 8/29/__

Rx

_Seen today_

_out of work_

_for full_

_Evaluation by_

_Cardiology_

Refill _____ Times

Signature _____

To ensure brand name dispensing, prescriber must handwrite
"BRAND MEDICALLY NECESSARY" on the prescription

**Patient:** Wilson, Jo Lynn     **DOB:** 10/28/1966     **Phone:** 203-508-3523
**Address:** 1311 ELLA GRASSO BLVD, NEW HAVEN, CT, 06511-4258
**Claim Date:** 04/02/2012     **Encounter Date:** 03/29/2012
**Provider:** Kumar, Babu S

---

**Total Amount:** $ 110.00     **Payments/Adjustments:** $ 110.00     **Balance:** $ 0.00
**Claim Number:** 29441     **Filing Status:** Patient

**ICD Codes:**

401.9 HYPERTENSION, UNSPECIFIED.

466.0 BRONCHITIS,ACUTE.

**CPT Codes:**

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|------|-----------|----------|--------|-----|-----|----------|-------|------------|
| 99213 Office visit Est Pt Level 3 | | 03/29/2012 | 03/29/2012 | 11-OFFICE | 1 -Medical | $110.00. | 1.00 | $110.00 |

**Insurances:**

| Name | Group No | Subscriber No | Type | File Status |
|------|----------|---------------|------|-------------|
| BCBS BLUECARE | | XGN0711M49168 | C1 | |

**Payment:**

| From | Date | Type | Check No | Payment |
|------|------|------|----------|---------|
| Patient | 03/29/2012 | Cash | | $10.00 |
| BCBS BLUECARE | 04/09/2012 | Check | CC09642721 | $71.27 |

**Claim Data:**

**Symptom Indicator:** First Symptom Date

**Symptom/Accident Date:** 03/29/2012

**Referring Provider:** Kumar, Babu S  NPI  1295721942

**Claim Header:**

**Residence Type:**

**Student Status:**

**Employment Status:** Unknown

**Primary Insurance:**

**Claim Type:** Medical

**Claim Log:**

04/02/2012   07:57 PM   Electronic Submission to BCBS BLUECARE



**HeartCare**
ASSOCIATES OF CONNECTICUT, LLC

Marian Vulpe, M.D.

2200 Whitney Avenue, Suite 180, Hamden, Connecticut 06518
(203) 407-2500   Fax (203) 407-2559

---

FAMILY AND INTERNAL MEDICINE OF DIXWELL AVENUE
2543 DIXWELL AVENUE, HAMDEN, CT 06514
PHONE: (203) 691-4956   FAX: (203) 848-2482 (FAX)
BABU KUMAR, M.D., DEA# BK3669376, LIC. # 032892 (CT)
SUNI JACOB, APRN, DEA# MJ1301845, LIC. # 003301 (CT)

NAME _____

ADDRESS _____ AGE _____ DATE _____

Rx

_(handwritten prescription)_

Refill _____ Times

_____
Signature

To ensure brand name dispensing, prescriber must handwrite
"BRAND MEDICALLY NECESSARY" on the prescription.

**Standard Insurance Company**

800.368.1135 Tel   800.378.6053 Fax
PO Box 2800 Portland, OR 97208

*Yuls*

**Disability Insurance**
**Attending Physician's Statement**

## To Be Completed By Employee

| Employee's Full Name | Employer Name | Plan No. |
|---|---|---|
| JO L WILSON | City of New Haven Connecticut | 647889 |
| | | Claim No. |
| | | 00DC5443 |

## To Be Completed By The Attending Physician

*The following information is needed to document the patient's inability to work. The patient is responsible for obtaining a complete form without expense to The Standard. Please complete this form and mail or fax it to The Standard using the contact information listed above.*

| 1. Diagnosis | A. Diagnosis Back pain, Shoulder pain | ICDA Classification |
|---|---|---|

**B. Symptoms** Back pain, Shoulder pain

Height ___ Weight ___ B/P 150/90

| 2. Pregnancy (if applicable) | A. Expected date of delivery | B. Actual date of delivery | ☐ Vaginal ☐ C-section |
|---|---|---|---|

**3. History and Treatment**

A. Date you recommended the patient stop work  3/29/12

B. When did symptoms appear or accident happen?  3/20/12

C. Has the patient ever had the same or similar conditions? ☑ Yes ☐ No — If yes, when? 2010

D. Is this condition related to the patient's employment? ☑ Yes ☐ No

E. Did you complete a Workers' Compensation claim form? ☑ Yes ☐ No

F. Date of first visit for this condition  3/29/12

G. Frequency of subsequent visits: ☐ Weekly ☐ Monthly ☐ Other  as needed

H. Date of most recent visit  4/9/12

I. Describe planned course and duration of treatment  Physical therapy

| J. Hospitalization? ☐ Yes ☑ No | K. Date Admitted | Date Discharged | L. Surgery? ☐ Yes ☐ No | M. Date Surgery Completed/Scheduled |
|---|---|---|---|---|

N. Reason/Surgery Type

O. Surgery/Post Surgery Complications? ☐ Yes ☐ No   If yes, please describe

## 4. Level of Functional Impairment *Please attach recent chart notes/pertinent records*

A. Describe patient's physical and/or mental limitations and restrictions (functional capacity). Back pain and shoulder pain

B. Factors Delaying Recovery (if applicable)

C. How long do you expect these limitations and restrictions to impair your patient?
☑ Date 4/20/12 ☐ Unable to determine, follow up in ___ Weeks ☐ Permanently

D. Is the patient competent ot manage insurance benefits? ☐ Yes ☐ No
If no, is the patient competent to appoint someone to help manage the insurance benefits? ☐ Yes ☐ No

## 5. Physician Information *Please type or print*

| Name of physician completing this form SUNI JACOB, APPN | Specialty Internal Medicine | Phone No. (203) 286 416 |
|---|---|---|
| Address 2543 Dixwell Ave | City Hamden | State CT | Zip 06514 | Fax No. (203)840248 |

**Acknowledgement –** I certify that the answers I have made to the above questions are complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 2 of this form.

Signature _____   Date 4/9/12

**Progress Notes**

**Patient:** Wilson, Jo Lynn
**DOB:** 10/28/1966  **Age:** 45 Y  **Sex:** Female
**Phone:** 203-776-1414
**Address:** 1311 Ella Grasso Blvd, New Haven, CT-06511
**Pcp:** Babu Shiva Kumar

**Provider:** Suni Jacob, APRN
**Date:** 04/09/2012

## Subjective:

**CC:**
1. Hypertension, 2. Shoulder pain.

**HPI:**

**ROS:**
General/Constitutional:
    Denies Change in appetite. Denies Chills. Denies Fatigue. Denies Fever. Denies Headache.
Denies Lightheadedness. Night sweats denies. Denies Sleep disturbance. Denies Weight gain.
Denies Weight loss.
Cardiovascular:
    Leg Swelling Denies. Denies Chest pain at rest. Denies Chest pain with exertion.
Denies Claudication. Denies Cyanosis. Denies Difficulty laying flat. Denies Dizziness. Denies Dyspnea
on exertion. Denies Fluid accumulation in the legs. Denies Irregular heartbeat. Denies Orthopnea.
Denies Palpitations. Denies Shortness of breath. Denies Weakness. Denies Weight gain.
Gastrointestinal:
    odynophagia =admits =denies. Denies Abdominal pain. Denies Blood in stool. Denies Change in
bowel habits. Denies Constipation. Denies Decreased appetite. Denies Diarrhea. Denies Difficulty
swallowing. Denies Exposure to hepatitis. Denies Heartburn. Denies Hematemesis. Denies Nausea.
Denies Rectal bleeding. Denies Vomiting. Denies Weight loss.
Musculoskeletal:
    Spine denies. Denies Carpal tunnel. Admits Joint stiffness, both shoulders,, that is mild.
Denies Leg cramps. Denies Muscle aches. Denies Pain in shoulder(s). Admits Painful joints, both
shoulders. Denies Sciatica. Denies Swollen joints. Denies Trauma to arm(s). Denies Trauma to hip
(s). Denies Trauma to knee(s). Denies Trauma to ankle(s). Denies Weakness.
Neurologic:
    numbness tingling in extremity denies. Denies Balance difficulty. Denies Coordination.
Denies Difficulty speaking. Denies Dizziness. Denies Fainting. Denies Gait abnormality.
Denies Headache. Denies Irritability. Denies Loss of strength. Denies Loss of use of extremity.
Denies Low back pain. Denies Memory loss. Denies Pain. Denies Seizures. Denies Tics.
Denies Tingling/Numbness. Denies Transient loss of vision. Denies Tremor.

**Gyn History:**

**OB History:**

**Family History:**

**Social History:**

**Medications:** Crestor 20 MG Tablet 1 tablet Once a day, Bystolic 20mg Tablet 1 tablet Once a day,
Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Examination:**
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic. EYES pupils equal, round, reactive to light and
accommodation. Ears normal. ORAL CAVITY: mucosa moist. THROAT: clear. NECK/THYROID: neck
supple, full range of motion, no cervical lymphadenopathy. SKIN: no suspicious lesions, warm and

## Whitney Imaging Center West

*Affiliated with New Haven Radiology Associates, PC*
*And Managed by InSight Health Services Corp.*

2543 Dixwell Avenue
Hamden, CT 06514
**Telephone (203) 407-0360**
**Fax (203) 407-0363**

SUNI JACOB, NP
2543 DIXWELL AVE
HAMDEN, CT 06514

**RE:** **JOLYNN WILSON**
**DOB:** 10/28/1966
**EXAM:** XRAY, RIGHT SHOULDER, COMPLETE,
MINIMUM OF 2 VIEWS

JACKET NUMBER: 60406

DATE: 04/09/2012

2 views (internal and external rotation) of the right shoulder

Negation: Shoulder pain

FINDINGS/IMPRESSION: there is mild irregularity of the clavicle at the level of the a.c. joint suggesting mild distal clavicular osteolyses/resorption. Correlate for history of trauma to this region as this may be related to posttraumatic osteolysis. Additional workup and/or comparison films with the left shoulder may be helpful, additional differential considerations include inflammatory arthritis and hyperparathyroidism .

There is no fracture or glenohumeral malalignment. The a.c. joint is relatively well aligned there is no evidence of distal clavicular periostosis. No additional osseous abnormality notified.

WILLIAM B ZUCCONI, DO
WBZ/
D: 04/10/2012 5:36:09 AM (PT)/T: (PT)
Doc ID: 1252
9926048

Document authenticated by WILLIAM B ZUCCONI, DO on: 04/10/2012 5:36:09 AM

cc:

## Whitney Imaging Center West

*Affiliated with New Haven Radiology Associates, PC*
*And Managed by InSight Health Services Corp.*

2543 Dixwell Avenue
Hamden, CT 06514
*Telephone (203) 407-0360*
*Fax (203) 407-0363*

SUNI JACOB, NP
2543 DIXWELL AVE
HAMDEN, CT  06514

RE:    **JOLYNN WILSON**                    JACKET NUMBER:    60406
DOB:   10/28/1966
EXAM:  RADIOLOGIC EXAM SPINE          DATE:              04/09/2012
       LUMBOSACRAL, 2 OR 3 VIEWS

Lumbar spine, 3 views

Clinical indication: Pain

FINDINGS/IMPRESSION:

Calcifications are identified projecting over the paraspinal region bilaterally, left greater than right. These may reflect renal calcifications. Additional correlation may be warranted.

There is straightening of the lumbar lordosis, there is mild loss of disc height at L3-L4 with endplate spurring. No fracture or gross facet arthropathy.

WILLIAM B ZUCCONI, DO
WBZ/
D: 04/10/2012 5:29:55 AM (PT)/T: (PT)
Doc ID: 1251
9926050

Document authenticated by WILLIAM B ZUCCONI, DO on: 04/10/2012 5:29:55 AM

cc:

# GILLIS & GILLIS

*Professional Corporation*

ONE CENTURY TOWER
265 CHURCH STREET, SUITE 203 • NEW HAVEN, CONNECTICUT 06510
TELEPHONE: 203 562-5104   TELEFAX: 203 495-6476
EMAIL: josephg@gillislawfirm.com • WEBSITE: www.Gillislawfirm.com

*Attorneys and Counselors at Law*

HOWARD T. GILLIS (1935-2002)

JOSEPH L. GILLIS
EDWARD M. GILLIS
JEFFREY S. ARMAS

April 17, 2012

Workers' Compensation Commission
3rd District
700 State Street
New Haven, CT 06511

**Re:   Employer:      Yale University**
**Employee:     Jo L. Wilson**
**D/O/A:        3/20/12**

To Whom It May Concern:

Please be advised that this office has been recently engaged by Jo L. Wilson with regard to the above-captioned Workers' Compensation claim.

It would be most appreciated if you would note this office's representation accordingly in your file and forward any and all future notices <u>directly to this office</u>. Enclosed please find an original Form 30-C, a copy of which was sent to the employer.

Thank you for your attention to this matter.

Very truly yours,

Joseph L. Gillis

abl

Enclosure (30-C)



**State of Connecticut**
**Workers' Compensation Commission**

Please TYPE or PRINT IN INK

Rev. 7-13-2009

# 30C

WCC File # 3-9 7882

# Notice of Claim for Compensation

(Employee to Commissioner and to Employer)

*This form prepared by the WCC is proper for ordinary use and is recommended, but any other notice complying with Section 31-294c shall be deemed sufficient.*

Notice is hereby given that the injured worker, while in the employ of the employer, sustained injuries arising out of and in the course of his/her employment as follows, and makes claim for compensation benefits.

Date filed in District

RECEIVED

APR 19 2012

WORKERS' COMPENSATION
DISTRICT

(for WCC use only)

---

## INJURED WORKER

Name   **Jo L. Wilson**

D.O.B. *(required)*   **10/28/66**

Check, if a Minor ☐   *(under 18 yrs. of age)*

Address   **C/O Gillis & Gillis, P.C.**

Town _____ State _____

Zip Code _____ Tel.# _____

## INJURY

Date of Injury   **3/20/12**

Town of Injury   **New Haven**

Body Part(s)   **Head, right shoulder & back**

Describe Injury and How It Happened:

**Claimant sustained injuries to her head, right shoulder and back during the course of her employment.**

☐ Check, if an Occupational Disease or a Repetitive Trauma
☐ Check, if you have MORE THAN ONE Employer

---

## EMPLOYER

Employer   **Yale University**

Address   **P.o. Box 208253**

Town   **New Haven**   State   **CT**

Zip Code   **06520**   Tel.# _____

Was Injury ON Premises of Employer?   ☐ YES   ☒ NO

If NO, where?   **Quinnipiac Terrace**

Address _____

Town   **New Haven**

Zip Code _____ Tel.# _____

## SIGNATURE OF INJURED WORKER OR REPRESENTATIVE

Signature _____

Date   4/17/12

*Print name & address below, if other than injured worker:*

Name   **Joseph L. Gillis, Esq.**

Name of Firm   **Gillis & Gillis, P.C.**

Address   **265 Church Street, Suite 203**

Town   **New Haven**   State   **CT**

Zip Code   **06510**   Tel.#   **203-562-5104**

---

This notice must be served upon the Commissioner and *Employer by personal presentation or by registered or certified mail. For the protection of both parties, the employer should note the date when this notice was received and the claimant should keep a copy of this notice with the date it was served.
* *Persons employed by the State of Connecticut must also serve the employer by serving this notice upon the Commissioner of Administrative Services.*
*165 Capitol Avenue, Hartford, CT 06106.*

**WARNING:**   If an employer does not file a notice contesting liability (e.g. Form 43) for this claim OR begin making workers' compensation benefit payments "without prejudice" within 28 calendar days from the date when this claim is received by personal delivery or by registered or certified mail, COMPENSABILITY SHALL BE PRESUMED and cannot thereafter be contested. If an employer chooses to begin making workers' compensation benefit payments "without prejudice" within 28 calendar days from the date of receipt of this claim and still wishes to contest this claim, it must do so by filing a notice contesting liability for this claim within one year from receipt of this claim. [See Sec. 31-294c(b).]

3-97882

**State of Connecticut**
**Workers' Compensation Commission**

Rev. 7-13-2009

Please TYPE or PRINT in INK

## 43

WCC File #

Date filed in District

RECEIVED
CERTIFIED

APR 3 0 2012

WORKERS' COMP
COMMISSION
DISTRICT

(for WCC use only)

# Notice to Compensation Commissioner and Employee of Intention to Contest Employee's Right to Compensation Benefits

| EMPLOYEE | | | | | INJURY | | | |
|---|---|---|---|---|---|---|---|---|

**EMPLOYEE**

Name   Jo Wilson

D.O.B. *(required)*   10/28/1966

Address  1311 Ella Grasso Blvd

City/Town  New Haven                State   CT

Zip Code   06511            Tel.#   203-764-6615

**ATTORNEY OR REPRESENTATIVE OF EMPLOYEE**

Name   Joseph Gillis Esq

Name of Firm   Gillis & Gillis

Address   265 Church Street Ste 203

City/Town  New Haven                State   CT

Zip Code  06510            Tel.#   203-562-5104

**EMPLOYER**

Name   YALE UNIVERSITY

Address  PO BOX 208253

City/Town   NEW HAVEN               State   CT

Zip Code   06520            Tel.#

**INSURER**

Claim Number   W000480773

Name   PMAMC of NE

Address    PO BOX 5231

City/Town   JANESVILLE              State   WI

Zip Code   53547-5231

- - - - - - - - - - - - - - - - - - - - - - - - - -

Contact Person   Karen Gardinier

Tel.#    (888)476-2669

**INJURY**

Date of Injury    03/20/2012

Date of Death

City/Town of Injury   New Haven

State    CT            Zip Code    06513

Body Part(s)   Soft tissue (head)

Nature of Injury   Multiple physical injuries only

☐  Check, if an Occupational Disease or a Repetitive Trauma

**REASON(S) FOR CONTEST -- SIGNATURE**

You are hereby notified that the employer/insurer will contest liability to pay compensation benefits to the employee named on this form for the following reason(s)—SPECIFIC EXPLANATION REQUIRED:

The respondent/employer denies that any injury or occupational disease arose out of and in the course of employment with Yale Univeristy; no documentation has been provided to substantiate the existence of a claim or an injury or occupation disease per Sec. 31-275. Respondent also denies any temporary or permanent total or partial disability arising out of or in the course of employment. Alleged condition may be personal in nature and not job related. Claim is not timely filed and is therefore time-barred. Records provided are incomplete to fully evaluate the claim and therefore all rights to assert additional defenses after access to complete records is specifically reserved, as well as the right to contest any issue pertaining to extent of disability or compensability of medical treatment.

- - - - - - - - - - - - - - - - - - - - - - - - - -

Signature   *Karen H Gardinier*

Date   04/26/2012

Name (type or print)   Karen Gardinier

Title   (888) 476-2669

This notice must be served upon the Commissioner and Employee *(or representative, if applicable)* by personal presentation or by registered or certified mail. When medical care is the issue for contest, send a copy of this form to the medical provider also. For the protection of both parties, the claimant should note the date when this notice was received and the employer/insurer should keep a copy of this notice with the date it was served.

**Standard Insurance Company**

800.368.1135 Tel    800.378.6053 Fax
PO Box 2800  Portland, OR 97208

*4448*

**Disability Insurance**
**Attending Physician's Statement**

## To Be Completed By Employee

| Employee's Full Name | Employer Name | Plan No. |
|---|---|---|
| JO L WILSON | City of New Haven Connecticut | 647889 |
| | | Claim No. |
| | | 00DC5443 |

## To Be Completed By The Attending Physician

*The following information is needed to document the patient's inability to work. The patient is responsible for obtaining a complete form without expense to The Standard. Please complete this form and mail or fax it to The Standard using the contact information listed above.*

**1. Diagnosis** — A. Diagnosis  *Back pain, Shoulder Pain*  | ICDA Classification

B. Symptoms  *Back pain, Shoulder pain*  | Height | Weight | B/P  150/90

**2. Pregnancy** (if applicable) | A. Expected date of delivery | B. Actual date of delivery | ☐ Vaginal   ☐ C-section

**3. History and Treatment** | A. Date you recommended the patient stop work  *3/29/12* | B. When did symptoms appear or accident happen?  *3/20/12*

C. Has the patient ever had the same or similar conditions? ☒ Yes ☐ No    If yes, when?  *2010*

D. Is this condition related to the patient's employment? ☒ Yes ☐ No | E. Did you complete a Workers' Compensation claim form? ☒ Yes ☐ No

F. Date of first visit for this condition  *3/29/12* | G. Frequency of subsequent visits: ☐ Weekly ☐ Monthly ☐ Other *As needed* | H. Date of most recent visit  *4/9/12*

I. Describe planned course and duration of treatment  *Physical therapy*

J. Hospitalization? ☐ Yes ☒ No | K. Date Admitted   Date Discharged | L. Surgery? ☐ Yes ☐ No | M. Date Surgery Completed/Scheduled

N. Reason/Surgery Type | O. Surgery/Post Surgery Complications? ☐ Yes ☐ No   If yes, please describe

## 4. Level of Functional Impairment *Please attach recent chart notes/pertinent records*

A. Describe patient's physical and/or mental limitations and restrictions (functional capacity).  *Back pain and shoulder pain*

B. Factors Delaying Recovery (if applicable)

C. How long do you expect these limitations and restrictions to impair your patient? ☒ Date *4/20/12* ☐ Unable to determine, follow up in ___ Weeks ☐ Permanently

D. Is the patient competent ot manage insurance benefits? ☐ Yes ☐ No
If no, is the patient competent to appoint someone to help manage the insurance benefits? ☐ Yes ☐ No

## 5. Physician Information *Please type or print*

| Name of physician completing this form  *SUNI JACOB, APRN* | Specialty  *Internal Medicine* | Phone No.  (203) 230 416 |
| Address  *2543 Dixwell Ave* | City *Hamden*  State *CT*  Zip *06514* | Fax No.  (203)848248 |

**Acknowledgement** – I certify that the answers I have made to the above questions are complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 2 of this form.

Signature *[signature]*                        Date  *4/9/12*

The Standard Benefit Administrators          OC DC 5443          **Disability Insurance**
**Attending Physician's Statement**

800.426.4332 Tel  800.378.8361 Fax
PO Box 5031   White Plains NY 10602

## To Be Completed By Employee  *For a prompt review of your claim, ALL of this form must be thoroughly completed by the appropriate persons.*

| Full Name  Jo Wilson | Employer/Company Name  City of New Haven | Group Policy No.  647889 |

## To Be Completed By The Attending Physician
*The following information is needed to document the patient's inability to work. The patient is responsible for obtaining a complete form without expense to The Standard Benefit Administrators. Please complete this form and mail or fax it to The Standard Benefit Administrators using the contact information listed above.*

| **1. Diagnosis** | A. Diagnosis  1. CHOSF-CABG, recurrent CP | | | | ICDA Classification |
| B. Symptoms  2. Uncontrolled HTN . | | Height  5'13" | Weight  150 | B/P  160/108 |

| **2. Pregnancy** (if applicable) | A. Expected date of delivery | B. Actual date of delivery | ☐ Vaginal  ☐ C-section  170/108 |

| **3. History and Treatment** | A. Date you recommended the patient stop work  4/27/12 | B. When did symptoms appear or accident happen?  3/20/12 |

C. Has the patient ever had the same or similar condition? ☐ Yes ☐ No    If yes, when?

D. Is this condition related to the patient's employment? ☐ Yes ☑ No    E. Did you complete a Workers' Compensation claim form? ☐ Yes ☑ No

| F. Date of first visit for this condition  1/16/08 ; 4/27/12 | G. Frequency of subsequent visits:  ☐ Weekly ☐ Monthly ☐ Other  every 2 week | H. Date of most recent visit  4/27/12 |

I. Describe planned course and duration of treatment
add BP medication, consider repeat stress test or cardiac cath

| J. Hospitalization?  ☐ Yes ☑ No | K. Date Admitted     Date Discharged | L. Surgery?  ☐ Yes ☐ No | M. Date Surgery Completed/Scheduled |
| N. Reason/Surgery Type | | O. Surgery/Post-Surgery Complications?  ☐ Yes ☐ No  if yes, please describe |

## 4. Level of Functional Impairment  *Please attach recent chart notes/pertinent records.*

A. Describe patient's physical and/or mental limitations and restrictions (functional capacity)
shortness of CP at rest, blurred vision, headache,

B. Factors Delaying Recovery (if applicable)
recent fall and head injury; dis. back pain

C. How long do you expect these limitations and restrictions to impair your patient?
☐ Date_____  ☑ Unable to determine, follow up in 2 weeks  ☐ Permanently

D. Is the patient competent to manage insurance benefits? ☐ Yes ☐ No
If no, is the patient competent to appoint someone to help manage the insurance benefits? ☐ Yes ☐ No

## 5. Physician Information  *Please type or print.*

| Name of physician completing this form  Varian Vulpe MD | Specialty  Cardiology | Phone No.  (203) 407-2500 |
| Address  2000 Whitney Ave | City  Hamden | State  CT | ZIP  06518 | Fax No.  (203) 407-5812 |

Acknowledgement – I certify that the answers I have made to the above questions are complete and true to the best of my knowledge and belief. I acknowledge that I have read the fraud notice on page 2 of this form.

Signature _____          Date  4/27/12



Claims Mailing Address:
P. O. Box 5231
Janesville, WI 53547-5231

Member of Old Republic Companies

**PMA Management Corp.
of New England**

April 26, 2012

Gillis & Gillis
265 Church Street Ste 203
New Haven, CT 06510

RE:    Claimant:  Jo Wilson
       Claim No:  W000480773
       Insured:   YALE UNIVERSITY
       D/A:       March 20, 2012

Dear Sir or Madam:

Enclosed, please find a Form 43, filed in response to the 30C received from your office.

Sincerely,

Karen Gardinier
(888) 476-2669

Enclosure(s):

cc:

      STATE OF CT
      Jo Wilson

CT 43



**State of Connecticut**
**Workers' Compensation Commission**

Please TYPE or PRINT IN INK
and SEND A COPY OF THIS REQUEST
TO ANY OTHER INTERESTED PARTY(IES)

# Hearing Request

Rev. 7-13-2009

# HR

WCC File #

Date filed in District

I hereby notify the Workers' Compensation Commission of my request for the following hearing:

☒ Informal        ☐ Pre-Formal        ☐ Formal        ☐ Stip Approval

☐ Disfigurement / Scar – Surgery Date(s): _____
For injuries occurring ON OR AFTER July 1, 1993, disfigurement/scar benefits are available ONLY for disfigurements or scars
on the face, head, neck, or any other area of the body that handicaps the employee from obtaining or continuing to work.
[See Sec. 31-308(c)]

Reason(s) for the requested hearing **AND** supporting documents are required:
**Compensability and Medical Treatment**

(for WCC use only)

## INJURED WORKER

Name  **JoLynn Wilson**

D.O.B. *(required)*  **10/28/1966**

Address  **c/o Gillis & Gillis, P.C.**

City/Town _____ State _____

Zip Code _____ Tel.# _____

## EMPLOYER

Name  **Yale University**

Address  **PO Box 208253**

City/Town  **New Haven**  State  **CT**

Zip Code  **06520**  Tel.# _____

## INSURANCE

Policy Insurer Name  **PMA Companies**

Policy No. _____ Eff. Date _____

Address _____

City/Town _____ State _____

Zip Code _____ Tel.# _____

Administrator Name _____

Contact Person  **Karen Gardinier**

Address  **PO Box 5231**

City/Town  **Janesville**  State  **WI**

Zip Code  **53547-5231**  Tel.#  **888-476-2669**

Attorney for Insurance Carrier _____

Name of Firm _____

Address _____

City/Town _____ State _____

Zip Code _____ Tel.# _____

## INJURY

Date of Injury  **03/20/2012**

City/Town of Injury  **New Haven**

State  **CT**  Zip Code _____

Body Part  **Head, Shoulder, Low Back, Left & Right Ankle**

## ATTORNEY OR REPRESENTATIVE OF INJURED WORKER

Name  **Joseph L. Gillis**

Name of Firm  **Gillis & Gillis**

Address  **265 Church Street, Suite 203**

City/Town  **New Haven**  State  **CT**

Zip Code  **06510**  Tel.#  **203-562-5104**

## ADDITIONAL INTERESTED PARTIES FOR NOTIFICATION — List:

## REQUIRED

You **MUST** attach to this form a list of the names and addresses of
each party you have contacted in your attempt to resolve this issue.

As the party requesting the hearing, **I CONFIRM THAT I HAVE
CONTACTED ALL COUNSEL AND PRO SE PARTIES OF
RECORD BY TELEPHONE OR WRITTEN COMMUNICATION
AND HAVE BEEN UNABLE TO RESOLVE THE ABOVE ISSUES.**

I understand that it is improper to request a hearing without first
trying to resolve the issues with the other party.

I am the *(check ONE)*:

☒ injured worker or representative

☐ insurance company or representative

☐ additional interested party *(please specify)*: _____

Signature _____ Date _____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 4th day of June, 2012:

Ms. Karen Gardinier
PMA
PO Box 5231
Janesville, WI 53547-5231

**VIA FACSIMILE 800-432-9762**

_____
Joseph L. Gillis, Esq.

LAW OFFICES
**GILLIS & GILLIS**

_Professional
Corporation_

265 CHURCH STREET
SUITE 203
NEW HAVEN
CONNECTICUT 06510

TELEPHONE
(203) 562-5104
TELEFAX
(203) 495-6476
WEBSITE
www.gillislawfirm.com