# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

JoLynn  Wilson
_____,
Plaintiff(s),

v.

Case No. 3:15 CV 207 (RAR)

Yale  University
_____,
Defendant(s).

      I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915.   In support of my request, I submit the attached financial affidavit and state that:

    (1)    I am unable to pay such fees, costs, or give security therefor.
    (2)    I am entitled to commence this action against the defendant(s).
    (3)    I request that the court direct the United States Marshal's Service to serve process.

JoLynn Wilson
_____
Original Signature

JoLynn Wilson
_____
Name (print or type)
1311 Ellis Grasso Blvd
_____
Street Address
New Haven CT 06511
_____
City          State          Zip Code
(203) 508-3523
_____
Telephone Number

FILED
2018 MAR 16 P 12: 15
U.S. DISTRICT COURT
NEW HAVEN, CT.

Rev. 6-2-17

1

FILED

2018 MAR 16  A 9: 34

U.S. DISTRICT COURT
NEW HAVEN CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FINANCIAL AFFIDAVIT IN SUPPORT OF**
**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**
**PURSUANT TO 28 U.S.C. § 1915**

Johnn  Wilson
_____,
Plaintiff(s),

v.                                          Case No. _3:15 CV 207(RAR)_

Yale  University
_____,
Defendant(s).

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my
ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ____
Dependents:  Spouse ____   Children # _3_   Others # _2_
and relationship _Grandchild_ _____
Please provide the names and ages of your children.   If a child is a minor, please
identify the child by initials only.
Name _Victoria Jeffovies_ _____   Age _23_
Name _Jahlil Jeffons_ _____   Age _17_
Name _Junice Ingram_ _____   Age _10_

**RESIDENCE**
Street Address: _1311 Elk Grass BlvD_
City: _New Haven_   State: _CT_

Rev.11/4/13
        2

Zip Code: _____66511_____     Telephone: _____

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8     High School   9 10 11 (12)
College   1 (2)3 4   Post-Graduate   1 2 3 4

## EMPLOYMENT
If underlined(employed) at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Gross Income before taxes or other deductions:
            Monthly _____     Weekly _____

If self-employed state gross weekly wages before taxes and deductions:_____
What is the nature of your employment? _____

If unemployed at present, complete the following:
I have been unemployed since the __Sept__ day of __25__, __2017__
The name of my last employer: __City of New Haven__
Address: __165 Church Street__
Telephone #: _(203) 504-2523_
Last salary or wages received (gross amount before taxes and deductions):_38,000_

If spouse is employed, please complete the following:
Name of employer:_____
How long employed: _____
Gross Income before taxes and deductions:
            Monthly _____     Weekly _____
What is the nature of spouse's employment? _____

If on welfare or receiving unemployment benefits complete the following:
I have been on welfare or receiving unemployment benefits
since: ____10\2018____
I am receiving $____30____ monthly _____ weekly _____
for myself and family of _____4_____.

If receiving social security, disability or workers' compensation benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly_____.

## FINANCIAL STATUS
Owner of real property?   Yes __✓__   No _____

Rev. 6-2-17

If yes, description: _____
Address: _13h Elk Gosso Blvd_____
In whose name? _Sum_____
Estimated value: _180,000_____
Amount owed: _265,000_____
Owed to: _Rushmore Bank_____
Total: _____ Monthly payment _____
Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile:   Make _2000_____ Model _Toyota_ Year _____
Registered owner(s) name(s): _____Sum_____
Present value of automobile: _____
Owed to: _____
Amount owed: _____1500.00_____

Cash or Securities on hand:
Cash in banks and savings and loan associations: _200.00_____
Names and addresses of banks and associations: _____
_____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify
bonds : _____nun_____

**OBLIGATIONS:**
| | |
|---|---|
| Monthly rental on house or apartment: | $ 1400.00 |
| Monthly mortgage payment on house: | $ |
| Gas bill per month: | $ 150.00 |
| Electric bill per month: | $ 250.00 |
| Phone bill per month: | $ 100.00 |
| Car payments per month: | $ |
| Car insurance payments per month: | $ 233.00 |
| Other types of insurance payments per month | $ |
| Monthly payments to retail merchants: | $ |
|   Please list:_____ | $ |
|   Please list:_____ | $ |
| Monthly payments on any other outstanding loans or debts: | $ |
|   Please list:_____ | $ |
|   Please list:_____ | $ |

Any money owed to doctors, hospitals, lawyers
  Please list:_____ $ _____
  Please list:_____ $ _____
Monthly payment for maintenance or child support
under separation or dissolution agreement: $ _____
Estimated monthly expenditure on food: $    450.00
Estimated monthly expenditure on clothing: $ _____

Total amount of monthly obligations: $  2600.00

Other information pertinent to financial status:  (Include stocks, bonds, savings bonds,
interests in trusts either owned or jointly owned):
_____ None _____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each
case you have filed.   If you need additional space, please continue on a separate
sheet.

        Case Number      Case Caption          Disposition of Case
1. ___17CV473  512U___Wilson_vs. New Haven Board of Education_

2. _____

3. _____

4. _____


Date: _3-16-18_                    _____
                                   Original Signature of Affiant


### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct to the best of my knowledge and belief.

Date: _3-16-18_                    _____
                                   Original Signature of Affiant


Rev. 6-2-17